**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Douglas**<br>First name | **Theresa**<br>First name |
| | | **R**<br>Middle name | **A**<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Buster**<br>Last name and Suffix (Sr., Jr., II, III) | **Buster**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2134 | xxx-xx-8134 |

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | |

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **1930 Trolley Avenue**<br>**Muscatine, IA 52761**<br>Number, Street, City, State & ZIP Code<br><br>**Muscatine**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | Case number *(if known)* _____ |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| Debtor | **Pearl City Garage DBA PCG Powder Coating & Anodizing** | Relationship to you | **Debtors own business** |
|---|---|---|---|
| District | **Southern District of Iowa** | When **2/07/19** | Case number, if known **19-00221-als11** |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Douglas R Buster** | | |
|---|---|---|---|
| Debtor 2 | **Theresa A Buster** | Case number *(if known)* | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Douglas R Buster**
Debtor 2    **Theresa A Buster**
Case number *(if known)* _____

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Douglas R Buster** | | |
|---|---|---|---|
| Debtor 2 | **Theresa A Buster** | | Case number *(if known)* |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Douglas R Buster** | **/s/ Theresa A Buster** |
|---|---|
| **Douglas R Buster** | **Theresa A Buster** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **November 13, 2019** | Executed on  **November 13, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ John VanDeVelde** _____      Date      **November 13, 2019**
Signature of Attorney for Debtor                                          MM / DD / YYYY

**John VanDeVelde** _____
Printed name

**Buckrop & VanDeVelde, P.C.** _____
Firm name

**The Law Centre**
**329 18th Street Suite #500**
**Rock Island, IL 61201**
Number, Street, City, State & ZIP Code

Contact phone  **(309)788-2747** _____      Email address      **bbankruptcy@gmail.com** _____

_____
Bar number & State

---

Official Form 101                              **Voluntary Petition for Individuals Filing for Bankruptcy**                              page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Douglas R Buster** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Theresa A Buster** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $              436,670.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $              754,210.14 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $           1,190,880.14 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $              377,551.16 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $              153,109.61 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $           4,868,662.94 |
| | **Your total liabilities** | $           5,399,323.71 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $              11,215.45 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $              13,299.99 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Douglas R Buster**

Debtor 2    **Theresa A Buster**

Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $          0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $       153,109.61 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $          0.00 |
| 9d. Student loans. (Copy line 6f.) | $        20,484.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $          0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$          0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $       173,593.61 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Douglas R Buster** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Theresa A Buster** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

1.1

**1930 Trolley Ave.**
Street address, if available, or other description

| Muscatine | IA | 52761-9467 |
|---|---|---|
| City | State | ZIP Code |

**Muscatine**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Amended Parcel "C" located in the Southwest Quarter of the Northwest Quarter of Section 22, Township 77 North, Range 1 West of the 5th P.M., Muscatine County, Iowa, as shown in Plat of Survey recorded as Document No. 2009-00282, in the Muscatine County Recorder's Office. (value based on tax assessment).**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$431,670.00** | **$431,670.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property
(see instructions)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Douglas R Buster**
Debtor 2    **Theresa A Buster**                                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**Time Share St. Martin (Bel Air)**
Street address, if available, or other description

| | |
|---|---|
| City | State | ZIP Code |

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**99 year duration for weeks 51 & 52 (currently behind $10,000 in maintenance fees and it cannot be used until those are paid).  (Value based solely on Debtors' estimate)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$2,500.00**

Current value of the portion you own?    **$2,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Time-share**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**Time Share St. Martin (Divi)**
Street address, if available, or other description

| | |
|---|---|
| City | State | ZIP Code |

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Little Bay--27 year duration week 44 maintenance fees are $1,600 per year (value based solely on debtors' estimate)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$2,500.00**

Current value of the portion you own?    **$2,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**time share**

☐ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................................=>**

**$436,670.00**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | Case number *(if known)* |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Belair** |
|---|---|---|

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Year: | **1957** |
|---|---|

Approximate mileage:
Other information:

**210 series (parts car) not assembled and does not run.**

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**   $3,500.00
**Current value of the portion you own?**   $3,500.00

---

| 3.2 | Make: | **Triumph** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **Spitfire**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year: **1965**

Approximate mileage:
Other information:

**(restored vehicle)**

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**   $7,500.00
**Current value of the portion you own?**   $7,500.00

---

| 3.3 | Make: | **Jeep** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | **Grand Cherokee Laredo** |
|---|---|

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year: **2007**

Approximate mileage: **136250**
Other information:

**value is based on debtors' estimate.**

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**   $3,000.00
**Current value of the portion you own?**   $3,000.00

---

| 3.4 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **M-Class ML 350**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year: **2013**

Approximate mileage: **105000**
Other information:

**BlueTEC 4MATIC Sport (value based on debtors' estimate)**

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**   $10,500.00
**Current value of the portion you own?**   $10,500.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................=>**   $24,500.00

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | |
| | | Case number *(if known)* _____ |

claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Usual and customary household furniture with no single item valued over $500 | $8,000.00 |
| Usual and customary household goods and furnishings with no single item valued over $500 (dishware, silverware, decorations, etc.) | $1,000.00 |
| Usual and customary household tools with no single item valued over $500 | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Usual and customary household appliances with no single item valued over $500 | $2,000.00 |
| Usual and customary electronics with no single item valued over $500 | $1,500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Wedding and engagement rings (acquired in contemplation of marriage) | $3,500.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | **Douglas R Buster** |
|---|---|
| Debtor 2 | **Theresa A Buster** |

Case number *(if known)* _____

| **Random Jewelry** | **$1,500.00** |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .........................................................................**

| | **$18,500.00** |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes...............................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................                                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Member's Community Credit Union** | **$3,126.00** |
| 17.2. | **Savings** | **Members Community Credit Union** | **$2,302.81** |
| 17.3. | **Savings Account** | **Community Bank & Trust** | **$15.09** |
| 17.4. | **Checking** | **Community Bank & Trust (TAB LLC checking ending in 989)** | **$1,269.59** |
| 17.5. | **Checking** | **Community Bank & Trust (BFI ending in 481)** | **$54.19** |
| 17.6. | **Checking** | **CBI Bank & Trust** | **$304.96** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................                     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No

| Debtor 1 | **Douglas R Buster** |
|---|---|
| Debtor 2 | **Theresa A Buster** |

Case number *(if known)* _____

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Five-J, Inc. DBA Fabricators Plus (closed business) (** | **100** % | $0.00 |
| **Tab Investments, LLC (closed business)** | **100** % | $0.00 |
| **Pearl City Garage, Inc. DBA Powder Coating & Anodizing (closed business)** | **100** % | $0.00 |
| **Buster Farms, Inc. (closed business)** | **100** % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **TransAmerica** | $401,206.00 |
| **401(k)** | **TransAmerica** | $283,239.46 |
| **IRA** | **Edward Jones** | $1,039.27 |
| **IRA** | **Edward Jones** | $5,491.49 |
| **Roth Deferral, Profit sharing, etc.** | **Well Fargo Retirement Services (of the value listed the joint debtor is only vested at $3,340.99)** | $8,361.24 |
| **401(k)** | **Principal (Flexsteel 401(k))** | $3,000.04 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ■ Yes. .....................

| | Institution name or individual: | |
|---|---|---|
| **Rental Security Deposit** | **Diana S. Roffenberger for rental contract entered into 8/2019.** | $1,800.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............        Issuer name and description.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Debtor 1    **Douglas R Buster**
Debtor 2    **Theresa A Buster**

Case number *(if known)*

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No
- ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☐ No
- ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Douglas R. Buster Irrevocable Trust (sole beneficiary is Theresa and only asset in Trust is the state farm term policy at $4,500,000)** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
- ☐ No
- ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **2019 Federal & State Tax Refunds (subject to offset by taxing bodies)** | **Unknown** |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes.  Give specific information..

| | |
|---|---|
| **Accrued Wages owed on the date of filing** | **Unknown** |

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **State Farm Life Insurance Company--policy ending in 8136 (term policy with face amount of $4,500,000)** | **Douglas R. Buster Irrevocable Trust** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **Douglas R Buster** | | |
|---|---|---|---|
| Debtor 2 | **Theresa A Buster** | Case number *(if known)* | |

| | | |
|---|---|---|
| **State Farm Life Insurance policy ending in 0861 (term policy with a face amount of $150,000)** | Theresa Buster | Unknown |
| **State Farm Life Insurance term policy ending in 8497 with a face amount of $250,000** | Doug Buster | Unknown |
| **State Farm Life Insurance term policy ending in 3302 with a face amount of $150,000** | Doug Buster | Unknown |
| **Farm Bureau Insurance (life insurance ending in 9135) Term policy with a face amount of $160,000** | Theresa Buster | Unknown |
| **Farm Bureau Insurance (Term Life policy ending in 9136 with a face value of $100,000)** | Doug Buster | Unknown |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
■ Yes.  Describe each claim.........

| | |
|---|---|
| **Potential claims against Roy J. Carver, Jr. his trust and his children.** | Unknown |
| **Lincoln Savings Bank potential lawsuit--Debtors' Entity Five-J had sent a check to cover withholding taxes to Iowa Dept. of Rev., the IRS, and Iowa Workforce Development Lincoln Savings Bank dishonored the check and instead swept the funds to be applied to its debt.** | Unknown |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................................**

| |
|---|
| **$711,210.14** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | |
| | | Case number *(if known)* _____ |

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ■ No. Go to Part 6.

   ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.

   ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No

   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  |  **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................. | **$436,670.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$24,500.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$18,500.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$711,210.14** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61... | **$754,210.14**     Copy personal property total     **$754,210.14** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$1,190,880.14** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Douglas R Buster** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Theresa A Buster** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1930 Trolley Ave. Muscatine, IA 52761-9467  Muscatine County Amended Parcel "C" located in the Southwest Quarter of the Northwest Quarter of Section 22, Township 77 North, Range 1 West of the 5th P.M., Muscatine County, Iowa, as shown in Plat of Survey re**<br>Line from *Schedule A/B*: **1.1** | $431,670.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code  §§ 561.2, 561.16, 499A.18** |
| **1965 Triumph Spitfire (restored vehicle)**<br>Line from *Schedule A/B*: **3.2** | $7,500.00 | ☑ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| **2013 Mercedes M-Class ML 350 105000 miles BlueTEC 4MATIC Sport (value based on debtors' estimate)**<br>Line from *Schedule A/B*: **3.4** | $10,500.00 | ☑ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| **2013 Mercedes M-Class ML 350 105000 miles BlueTEC 4MATIC Sport (value based on debtors' estimate)**<br>Line from *Schedule A/B*: **3.4** | $10,500.00 | ☑ $642.80<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1   **Douglas R Buster**
Debtor 2   **Theresa A Buster**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Usual and customary household furniture with no single item valued over $500**<br>Line from *Schedule A/B*: **6.1** | $8,000.00 | ■       $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Usual and customary household goods and furnishings with no single item valued over $500 (dishware, silverware, decorations, etc.)**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■       $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Usual and customary household tools with no single item valued over $500**<br>Line from *Schedule A/B*: **6.3** | $1,000.00 | ■       $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Usual and customary household appliances with no single item valued over $500**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ■       $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Usual and customary electronics with no single item valued over $500**<br>Line from *Schedule A/B*: **7.2** | $1,500.00 | ■       $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Wedding and engagement rings (acquired in contemplation of marriage)**<br>Line from *Schedule A/B*: **12.1** | $3,500.00 | ■       $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(a)** |
| **Random Jewelry**<br>Line from *Schedule A/B*: **12.2** | $1,500.00 | ■       $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(b)** |
| **Checking: Member's Community Credit Union**<br>Line from *Schedule A/B*: **17.1** | $3,126.00 | ■       75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §§ 642.21, 537.5105 Exemption only applies to amounts traceable to disposable earnings within 90 days on a first in first out basis.** |
| **Checking: Member's Community Credit Union**<br>Line from *Schedule A/B*: **17.1** | $3,126.00 | ■       $781.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **Savings: Members Community Credit Union**<br>Line from *Schedule A/B*: **17.2** | $2,302.81 | ■       75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §§ 642.21, 537.5105** |
| **Savings: Members Community Credit Union**<br>Line from *Schedule A/B*: **17.2** | $2,302.81 | ■       $575.70<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |

| Debtor 1 | **Douglas R Buster** |
|---|---|
| Debtor 2 | **Theresa A Buster** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **401(k): TransAmerica**<br>Line from *Schedule A/B*: **21.1** | $401,206.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **401(k): TransAmerica**<br>Line from *Schedule A/B*: **21.2** | $283,239.46 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **IRA: Edward Jones**<br>Line from *Schedule A/B*: **21.3** | $1,039.27 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **IRA: Edward Jones**<br>Line from *Schedule A/B*: **21.4** | $5,491.49 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **Roth Deferral, Profit sharing, etc.: Well Fargo Retirement Services (of the value listed the joint debtor is only vested at $3,340.99)**<br>Line from *Schedule A/B*: **21.5** | $8,361.24 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **401(k): Principal (Flexsteel 401(k))**<br>Line from *Schedule A/B*: **21.6** | $3,000.04 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **Rental Security Deposit: Diana S. Roffenberger for rental contract entered into 8/2019.**<br>Line from *Schedule A/B*: **22.1** | $1,800.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(15)** |
| **Accrued Wages owed on the date of filing**<br>Line from *Schedule A/B*: **30.1** | Unknown | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §§ 642.21, 537.5105** |
| **Accrued Wages owed on the date of filing**<br>Line from *Schedule A/B*: **30.1** | Unknown | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(10)** |
| **State Farm Life Insurance Company--policy ending in 8136 (term policy with face amount of $4,500,000)**<br>**Beneficiary: Douglas R. Buster Irrevocable Trust**<br>Line from *Schedule A/B*: **31.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Douglas R Buster** |
|---|---|
| Debtor 2 | **Theresa A Buster** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **State Farm Life Insurance policy ending in 0861 (term policy with a face amount of $150,000)**<br>**Beneficiary: Theresa Buster**<br>Line from *Schedule A/B*: **31.2** | **Unknown** | ■          **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **State Farm Life Insurance term policy ending in 8497 with a face amount of $250,000**<br>**Beneficiary: Doug Buster**<br>Line from *Schedule A/B*: **31.3** | **Unknown** | ■          **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **State Farm Life Insurance term policy ending in 3302 with a face amount of $150,000**<br>**Beneficiary: Doug Buster**<br>Line from *Schedule A/B*: **31.4** | **Unknown** | ■          **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Farm Bureau Insurance (life insurance ending in 9135) Term policy with a face amount of $160,000**<br>**Beneficiary: Theresa Buster**<br>Line from *Schedule A/B*: **31.5** | **Unknown** | ■          **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Farm Bureau Insurance (Term Life policy ending in 9136 with a face value of $100,000)**<br>**Beneficiary: Doug Buster**<br>Line from *Schedule A/B*: **31.6** | **Unknown** | ■          **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No

■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ■   No

     ☐   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Douglas R Buster** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Theresa A Buster** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Belair Beach Hotel, N.V.** | | **$10,000.00** | **$2,500.00** | **$7,500.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Time Share St. Martin (Bel Air) 99 year duration for weeks 51 & 52 (currently behind $10,000 in maintenance fees and it cannot be used until those are paid).  (Value based solely on Debtors' estimate)**

**PO Box 940 Philipsburg, St. Maarten Netherlands Antilles**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1  **Douglas R Buster**
　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2  **Theresa A Buster**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if known) _____

---

| 2.2 | **Community Bank** | Describe the property that secures the claim: | $256,225.00 | $431,670.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1930 Trolley Ave. Muscatine, IA 52761-9467  Muscatine County Amended Parcel "C" located in the Southwest Quarter of the Northwest Quarter of Section 22, Township 77 North, Range 1 West of the 5th P.M., Muscatine County, Iowa, as shown in P**

**615 Cedar Street**
**PO Box 500**
**Muscatine, IA 52761-0009**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Mortgage**

Date debt was incurred  **Opened 06/16  Last Active 10/19**    Last 4 digits of account number  **0184**

---

| 2.3 | **Internal Revenue Service** | Describe the property that secures the claim: | $111,326.16 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

**Tax Lien--2019-01876 (Muscatine County) Encumbering all debtors' assets**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Federal Tax Lien filed 5/6/2019**

Date debt was incurred    Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$377,551.16**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$377,551.16**

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Douglas R Buster** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Theresa A Buster** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code

**Comm Bank**
**615 Cedar Street**
**Muscatine, IA 52761**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| Debtor 1 | **Douglas R Buster** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Theresa A Buster** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number | ___ ___ ___ ___ | $111,326.16 | $111,326.16 | $0.00 |
| | Priority Creditor's Name | | | | | |
| | **Centralized Insolvency Operation** | When was the debt incurred? | **2016 to present** | | | |
| | **PO Box 7346** | | | | | |
| | **Philadelphia, PA 19101-7346** | | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | | |
| | **Who incurred the debt?** Check one. | | | | | |
| | ☐ Debtor 1 only | ☐ Contingent | | | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | | | | |
| | ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** | | | | |
| | ☐ **Check if this claim is for a community debt** | ☐ Domestic support obligations | | | | |
| | **Is the claim subject to offset?** | ■ Taxes and certain other debts you owe the government | | | | |
| | ■ No | ☐ Claims for death or personal injury while you were intoxicated | | | | |
| | ☐ Yes | ☐ Other. Specify | | | | |
| | | **Personal Income Tax liability** | | | | |

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

| 2.2 | **Iowa Department of Revenue** | Last 4 digits of account number | **3524** | **$36,135.64** | **$36,135.64** | **$0.00** |

Priority Creditor's Name

**Attn: Bankruptcy Unit**
**PO Box 10471**
**Des Moines, IA 50306**

Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____
**Withholding Taxes**

| 2.3 | **Iowa Workforce Development** | Last 4 digits of account number | | **$5,647.81** | **$5,647.81** | **$0.00** |

Priority Creditor's Name

**Attn: Customer Service**
**1000 East Grand Avenue**
**Des Moines, IA 50319**

Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____
**Unemployment taxes**

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.1 | **966 Industries** | Last 4 digits of account number _____ | $10,789.86 |

Nonpriority Creditor's Name

**817 26th Street**
**Milford, IA 51351**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.2 | **Abilene Motor Express** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1700 Willis Road**
**Richmond, VA 23234-0507**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.3 | **Abrasive Innovations** | Last 4 digits of account number _____ | $217.46 |

Nonpriority Creditor's Name

**1805 Red Fox Way**
**Marion, IA 52302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

| | | |
|---|---|---|
| 4.4 | **ABS Leasing** | |

| | |
|---|---|
| **ABS Leasing** Nonpriority Creditor's Name **4631 44th Street Moline, IL 61265** Number Street City State Zip Code | Last 4 digits of account number _____ $3,529.46 |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.5 | **ABS Leasing** | |

**ABS Leasing**
Nonpriority Creditor's Name
**4631 44th Street**
**Moline, IL 61265**
Number Street City State Zip Code

Last 4 digits of account number _____   $5,683.84

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.6 | **Addison Machine Engineering** | |

**Addison Machine Engineering**
Nonpriority Creditor's Name
**1301 Industrial Street**
**Reedsburg, WI 53959-2139**
Number Street City State Zip Code

Last 4 digits of account number _____   $42,461.82

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Douglas R Buster**
Debtor 2   **Theresa A Buster**

Case number (if known) _____

---

| 4.7 | **AIC American Industrial Corporation** | Last 4 digits of account number _____ | $2,158.54 |

Nonpriority Creditor's Name
**PO Box 859**
**Greenwood, IN 46142**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 | **AJAX** | Last 4 digits of account number _____ | $2,196.71 |

Nonpriority Creditor's Name
**PO Box 78000**
**Dept. 781449**
**Detroit, MI 48278-1449**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **Akzo Nobel** | Last 4 digits of account number _____ | $354.40 |

Nonpriority Creditor's Name
**62166 Collection Center Drive**
**Chicago, IL 60693-0621**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 0 | **Alliance STL** | Last 4 digits of account number _____ | $12,400.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**24342 Network Place**
**Chicago, IL 60673-1243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 1 | **Ally Financial** | Last 4 digits of account number  3479 | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 380902**
**Minneapolis, MN 55438**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   Opened 11/12  Last Active 03/17

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Automobile**

---

| 4.1 2 | **Alro Steel Corporation** | Last 4 digits of account number _____ | $958.40 |
|---|---|---|---|

Nonpriority Creditor's Name
**24876 Network Place**
**Chicago, IL 60673-1248**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 3 | **AMCOL Corporation** | Last 4 digits of account number _____ | **$1,833.71** |

Nonpriority Creditor's Name

**21435 Dequindre**

**Hazel Park, MI 48030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 4 | **American Aluminum Extrusion CO** | Last 4 digits of account number _____ | **$38,191.78** |

Nonpriority Creditor's Name

**14979 Collections Center Drive**

**Chicago, IL 60693**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 5 | **American Industrial Corporation** | Last 4 digits of account number _____ | **$2,158.54** |

Nonpriority Creditor's Name

**PO Box 859**

**Greenwood, IN 46142**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.16 | **AMEX** | Last 4 digits of account number | **5973** | $42,946.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy
PO Box 981540
El Paso, TX 79998**

Number Street City State Zip Code

When was the debt incurred? **Opened 09/06  Last Active 10/02/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.17 | **AMEX** | Last 4 digits of account number | **3482** | $0.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy
PO Box 981540
El Paso, TX 79998**

Number Street City State Zip Code

When was the debt incurred? **Opened  8/02/08  Last Active 02/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.18 | **Andrew Carver** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 665
Bettendorf, IA 52722**

Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

**4.19**

**AT Conference**

Nonpriority Creditor's Name

**A/R PO Box 2939
Southampton, NY 11969**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$72.58**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.20**

**AWS**

Nonpriority Creditor's Name

**8669 Doral Blvd., STE 130
Miami, FL 33166**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$88.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.21**

**Azko Nobel**

Nonpriority Creditor's Name

**62166 Collection Center Drive
Chicago, IL 60693**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$354.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Douglas R Buster**
Debtor 2   **Theresa A Buster**

Case number (if known) _____

---

| 4.2 2 | **Bank of America** | Last 4 digits of account number | **7343** | $18,173.00 |

Nonpriority Creditor's Name

**4909 Savarese Circle**
**FI1-908-01-50**
**Tampa, FL 33634**

Number Street City State Zip Code

When was the debt incurred?   **Opened 07/98  Last Active 10/19**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card (Work Travel Card)**

---

| 4.2 3 | **Bank of America** | Last 4 digits of account number | **3645** | $0.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27420**

Number Street City State Zip Code

When was the debt incurred?   **Opened 09/07  Last Active 9/26/10**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

| 4.2 4 | **Bank of the West** | Last 4 digits of account number | **3152** | $0.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**180 Montgomery Street 25th Floor**
**San Francisco, CA 94104**

Number Street City State Zip Code

When was the debt incurred?   **Opened 12/10  Last Active 3/08/16**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

Debtor 1   **Douglas R Buster**

Debtor 2   **Theresa A Buster**

Case number *(if known)* _____

---

**4.2 5**

**Barbara A. Buster**

Nonpriority Creditor's Name

**1935 Trolley Avenue**

**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$10,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.2 6**

**Barclays Card Services**

Nonpriority Creditor's Name

**Card Services**

**PO Box 8801**

**Wilmington, DE 19899-8801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4357**    **$778.00**

**When was the debt incurred?**   **Opened 09/19  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

**4.2 7**

**Bealls Florida / Comenity Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**

**Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7020**    **$0.00**

**When was the debt incurred?**   **Opened 07/11  Last Active 7/10/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.2 8 | **Beneke Wire** | Last 4 digits of account number _____ | **$9,599.81** |
|---|---|---|---|

Nonpriority Creditor's Name
**5540 National Turnpike**
**Louisville, KY 40214**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 9 | **Berge Plating Works** | Last 4 digits of account number _____ | **$1,400.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**601 25th Avenue**
**Rock Island, IL 61201**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 0 | **Blackhawk Bank & Trust** | Last 4 digits of account number  0309 | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**301 W 4th Street**
**Milan, IL 61264**

When was the debt incurred?  **Opened 03/09  Last Active 2/22/11**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Mortgage**

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

**4.3 1**

**BMO Harris Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 2035**
**Milwaukee, WI 53201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7433**                    $0.00

**Opened 07/12  Last Active**
**3/17/17**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Automobile**

---

**4.3 2**

**BMO Harris Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 2035**
**Milwaukee, WI 53201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2692**                    $0.00

**Opened 12/11  Last Active**
**3/31/16**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Automobile**

---

**4.3 3**

**BMO Harris Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 2035**
**Milwaukee, WI 53201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5001**                    $0.00

**Opened 11/10  Last Active**
**01/13**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Automobile**

---

Debtor 1   **Douglas R Buster**

Debtor 2   **Theresa A Buster**

Case number (if known)  _____

---

| 4.3 4 | | |
|---|---|---|
| **Bosch Pest Control, Inc.** | **Last 4 digits of account number** _____ | **$401.25** |
| Nonpriority Creditor's Name | | |
| **1103 Grandview Avenue** | **When was the debt incurred?** _____ | |
| **Muscatine, IA 52761** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ☐ Debtor 1 only | ■ Contingent | |
| ☐ Debtor 2 only | ■ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed | |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify _____ | |

---

| 4.3 5 | | |
|---|---|---|
| **Calvary Industries, Inc.** | **Last 4 digits of account number** _____ | **$5,600.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 713868** | **When was the debt incurred?** _____ | |
| **Cincinnati, OH 45271-3868** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ☐ Debtor 1 only | ■ Contingent | |
| ☐ Debtor 2 only | ■ Unliquidated | |
| ■ Debtor 1 and Debtor 2 only | ■ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify _____ | |

---

| 4.3 6 | | |
|---|---|---|
| **Capital One** | **Last 4 digits of account number** **5534** | **$0.00** |
| Nonpriority Creditor's Name | | |
| **Attn: General Correspondence** | **Opened 03/16  Last Active** | |
| **PO Box 30285** | **When was the debt incurred?** **4/05/17** | |
| **Salt Lake City, UT 84130** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ☐ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify **Credit Card** | |

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.3 7 | **Capital One** | Last 4 digits of account number | **5545** | $0.00 |

Nonpriority Creditor's Name
**Attn: General Correspondence**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     **Opened 09/06  Last Active 1/12/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.3 8 | **Capital One** | Last 4 digits of account number | **8447** | $10,268.00 |

Nonpriority Creditor's Name
**Attn: General Correspondence**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     **Opened 08/03  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.3 9 | **Capital One, F.S.B.** | Last 4 digits of account number | | $4,439.10 |

Nonpriority Creditor's Name
**PO Box 60024**
**City of Industry, CA 91716-0024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.4 0 | | | |
|---|---|---|---|

**Carver Estate**

Nonpriority Creditor's Name

**PO Box 665**
**Bettendorf, IA 52722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 1 | | | |
|---|---|---|---|

**Carver Holdings, LLC**

Nonpriority Creditor's Name

**852 Middle Rd., STE 205**
**PO Box 665**
**Bettendorf, IA 52722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 2 | | | |
|---|---|---|---|

**Carver Holdings, LLC**

Nonpriority Creditor's Name

**852 Middle Rd., STE 205**
**PO Box 665**
**Bettendorf, IA 52722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

Last 4 digits of account number _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Douglas R Buster**
Debtor 2 **Theresa A Buster**

Case number (if known) _____

---

| 4.4 3 | **CBI Bank & Trust** | Last 4 digits of account number | **8745** | **$10,504.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**301 Iowa Avenue**
**Muscatine, IA 52761**

When was the debt incurred? **Opened 05/16 Last Active 11/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Automobile**

---

| 4.4 4 | **CBI Bank & Trust** | Last 4 digits of account number | **4135** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**301 Iowa Avenue**
**Muscatine, IA 52761**

When was the debt incurred? **Opened 08/11 Last Active 02/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Mortgage**

---

| 4.4 5 | **CBI Bank & Trust** | Last 4 digits of account number | **3327** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**301 Iowa Avenue**
**Muscatine, IA 52761**

When was the debt incurred? **Opened 02/11 Last Active 06/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Mortgage**

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.4<br>6 | **Central Petroleum Equipment Co.** | Last 4 digits of account number _____ | **$955.70** |

Nonpriority Creditor's Name

**PO Box 188**
**Blue Grass, IA 52726**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4<br>7 | **Central Steel & Wire Co.** | Last 4 digits of account number _____ | **$25,258.12** |

Nonpriority Creditor's Name

**PO Box 5100**
**Chicago, IL 60680-5100**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4<br>8 | **Charter Steel** | Last 4 digits of account number _____ | **$27,899.21** |

Nonpriority Creditor's Name

**8002 Solutions Center**
**Chicago, IL 60677-8800**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.4<br>9 | **Chicago Coil** | **Last 4 digits of account number** _____ | **$47,150.01** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 714766**
**Cincinnati, OH 45271**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5<br>0 | **Cincinnati Incorporated** | **Last 4 digits of account number** _____ | **$2,600.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 44719**
**Madison, WI 53744-4719**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5<br>1 | **CitiBank** | **Last 4 digits of account number** 6652 | **$355.01** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Centralized Bankruptcy**
**PO Box 790034**
**St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 10/16  Last Active 10/19**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card (Work Travel Card)**

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.5 2 | | | |
|---|---|---|---|

**City of Muscatine**

Nonpriority Creditor's Name

**215 Sycamore Street**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$400.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utilities**

---

| 4.5 3 | | | |
|---|---|---|---|

**CNH Industrial Capital**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 71264**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0001**      **Unknown**

**When was the debt incurred?**    **Opened  3/26/08  Last Active 6/24/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Commercial Line Of Credit**

---

| 4.5 4 | | | |
|---|---|---|---|

**Community Bank**

Nonpriority Creditor's Name

**615 Cedar Street**
**PO Box 500**
**Muscatine, IA 52761-0009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **6436**      **$0.00**

**When was the debt incurred?**    **Opened  5/08/09  Last Active 5/16/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Mortgage**

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.5 5 | | | |
|---|---|---|---|

**Community Bank**

Nonpriority Creditor's Name

**615 Cedar Street**
**PO Box 500**
**Muscatine, IA 52761-0009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4433**                               **$0.00**

When was the debt incurred?   **Opened 09/07  Last Active 05/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Mortgage**

---

| 4.5 6 | | | |
|---|---|---|---|

**Community Bank & Trust**

Nonpriority Creditor's Name

**2610 2nd Avenue**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____                  **$395,044.00**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

| 4.5 7 | | | |
|---|---|---|---|

**Community Bank & Trust**

Nonpriority Creditor's Name

**2611 2nd Avenue**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____                  **$22,169.00**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.5 8 | **Community Bank & Trust** | **Last 4 digits of account number** _____ | **$20,651.00** |

Nonpriority Creditor's Name

**2612 2nd Avenue**
**Muscatine, IA 52761**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 9 | **Component Tool & Mfg. CO.** | **Last 4 digits of account number** _____ | **$2,145.48** |

Nonpriority Creditor's Name

**PO Box 373**
**Crete, IL 60417**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 0 | **Continental Fire Sprinkler Co.** | **Last 4 digits of account number** _____ | **$3,297.00** |

Nonpriority Creditor's Name

**PO Box 30036**
**Omaha, NE 68103-1136**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

| 4.6 1 | **County Waste Systems** | Last 4 digits of account number _____ | **$3,412.38** |
|---|---|---|---|

Nonpriority Creditor's Name

**438 4th Street**
**PO Box 5315**
**Rock Island, IL 61204**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

| 4.6 2 | **D. Nichol & Associates, Inc.** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O Law Offices of John A. Ranieri, LLC**
**35 East Wacker Drive, STE 650**
**Chicago, IL 60601**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 3 | **Deborah K. Buster** | Last 4 digits of account number _____ | **$230,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1935 Trolley Avenue**
**Muscatine, IA 52761**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.6 4 | **DECO** | Last 4 digits of account number _____ | **$5,569.43** |

Nonpriority Creditor's Name

**PO Box 3097**

**Davenport, IA 52808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 5 | **Delta Industries, INC** | Last 4 digits of account number _____ | **$969.46** |

Nonpriority Creditor's Name

**5235 Katrine Avenue**

**Downers Grove, IL 60515-4010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 6 | **Delta Industries, INC** | Last 4 digits of account number _____ | **$4,367.22** |

Nonpriority Creditor's Name

**2201 Curtiss Street**

**Downers Grove, IL 60515-4010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.6 7 | **Die Makers Manufacturing** | Last 4 digits of account number _____ | $51,853.78 |

Nonpriority Creditor's Name

**373 Hwy 35**
**Hazel Green, WI 53811**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 8 | **E&H Tubing, Inc.** | Last 4 digits of account number _____ | $48,949.25 |

Nonpriority Creditor's Name

**PO Box 316**
**Brownstown, IN 47220**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 9 | **Earle M. Jorgensen Co.** | Last 4 digits of account number _____ | $6,166.56 |

Nonpriority Creditor's Name

**75 Remittance Dr. STE 6445**
**Chicago, IL 60675-6445**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.7 0 | **EFD Induction** | Last 4 digits of account number _____ | **$6,060.00** |

Nonpriority Creditor's Name

**31511 Dequindre Road**

**Madison Heights, MI 48071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 1 | **EICCD** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Attn: Business Office**

**101 W 3rd Street**

**Davenport, IA 52801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 2 | **Elite Finishing, LLC** | Last 4 digits of account number _____ | **$3,300.20** |

Nonpriority Creditor's Name

**PO Box 210500**

**Milwaukee, WI 53211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.7 3 | **ESI** | Last 4 digits of account number _____ | | $1,042.32 |

Nonpriority Creditor's Name
**319 East 2nd ST. STE 302**
**Muscatine, IA 52761**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 4 | **Farm & Fleet / Synchrony Bank** | Last 4 digits of account number  **0200** | | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  **Opened 03/08  Last Active 10/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Charge Account**

---

| 4.7 5 | **Farm Credit Services of America** | Last 4 digits of account number  **1001** | | $0.00 |

Nonpriority Creditor's Name
**PO Box 2409**
**Omaha, NE 68103**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/09  Last Active 07/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Agriculture**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.76 | **Fastenal** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 978**
**Winona, MN 55987-0978**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$4,541.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.77 | **FedEx** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 10306**
**Palatine, IL 60055-0306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$651.96**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.78 | **Ford Motor Credit** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Correspondence**
**PO Box 542000**
**Omaha, NE 68154-8000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 6908     **$0.00**

**When was the debt incurred?** Opened 07/12  Last Active 5/14/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Automobile**

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.79 | **Fort Madison Pallet Company** | Last 4 digits of account number _____ | **$11,978.50** |

Nonpriority Creditor's Name

**2498 260th Street**
**Fort Madison, IA 52627**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.80 | **FPM Heat Treating, LLC** | Last 4 digits of account number _____ | **$277.99** |

Nonpriority Creditor's Name

**LBX#774753**
**7753 Solutions Center Drive**
**Chicago, IL 60677-4007**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.81 | **Gem Tool Corporation** | Last 4 digits of account number _____ | **$78.54** |

Nonpriority Creditor's Name

**1125 W. Northbranch Drive**
**Oak Creek, WI 53154**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

| 4.8 2 | **Grainger** | Last 4 digits of account number _____ | **$4,992.09** |

Nonpriority Creditor's Name
**PO Box 419267**
**Dept. 863199345**
**Kansas City, MO 64141-6267**
Number City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 3 | **Greater Muscatine Chamber of Commerce** | Last 4 digits of account number _____ | **$17,808.79** |

Nonpriority Creditor's Name
**100 W. Second Street**
**Muscatine, IA 52761**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 4 | **Group O Packaging Solutions** | Last 4 digits of account number _____ | **$2,920.00** |

Nonpriority Creditor's Name
**PO Box 860144**
**Minneapolis, MN 55486-0144**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.8 5 | | | |
|---|---|---|---|

**Hagerty, LLC**

Nonpriority Creditor's Name

**2816 HWY 22**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$28,114.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.8 6 | | | |
|---|---|---|---|

**Hexagon Metrology, Inc.**

Nonpriority Creditor's Name

**Lockbox 771742**
**1742 Solutions Center Drive**
**Chicago, IL 60677-1007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$2,945.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.8 7 | | | |
|---|---|---|---|

**HNI Corp.**

Nonpriority Creditor's Name

**PO Box 1109**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$45,069.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Douglas R Buster**

Debtor 2   **Theresa A Buster**

Case number (if known) _____

---

| 4.8 8 | | | |
|---|---|---|---|

**IFM Efector**

Nonpriority Creditor's Name

**PO Box 8538-307**
**Philadelphia, PA 19171-0307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____                           **$142.82**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.8 9 | | | |
|---|---|---|---|

**IH Mississippi Valley Credit Union**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2121 47th Street**
**Moline, IL 61265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **2910**                           **$0.00**

**When was the debt incurred?**   **Opened 08/08  Last Active 04/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Automobile**

---

| 4.9 0 | | | |
|---|---|---|---|

**Iowa Aluminum, Inc.**

Nonpriority Creditor's Name

**10-27th Ave. East**
**Albia, IA 52531-0306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____                           **$6,701.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.9 1 | **IVC Industrial Coatings, Inc.** | Last 4 digits of account number _____ | **$5,137.68** |

Nonpriority Creditor's Name
**PO Box 78000**
**Dept. 78729**
**Detroit, MI 48278-0729**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 2 | **Janda Motor Services** | Last 4 digits of account number _____ | **$2,500.00** |

Nonpriority Creditor's Name
**PO Box 10045**
**Cedar Rapids, IA 52410-0045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 3 | **JCM Services, LLS** | Last 4 digits of account number _____ | **$285.69** |

Nonpriority Creditor's Name
**905 N. Main Street**
**Sigourney, IA 52591**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.9 4 | **Jim Hawk Truck & Trailers Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**900 W. 76th Street**
**Davenport, IA 52806**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  _____

---

| 4.9 5 | **Kent Corporation** | Last 4 digits of account number _____ | **$521.36** |

Nonpriority Creditor's Name

**PO Box 5051**
**Greensburg, PA 15601-5058**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  _____

---

| 4.9 6 | **Kestra Advisor Services, LLC** | Last 4 digits of account number _____ | **$1,200.00** |

Nonpriority Creditor's Name

**SW Parkway, Bldg. 2, STE 400**
**Austin, TX 78735**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

| 4.9 7 | **Landstar Ranger, Inc.** | **Last 4 digits of account number** _____ | **$750.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 784293**
**Philadelphia, PA 19178**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 8 | **LEAF Financing** | **Last 4 digits of account number** _____ | **$5,857.73** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5066**
**Hartford, CT 06102-5066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 9 | **Lincoln Savings Bank** | **Last 4 digits of account number** 8933 | **$1,640,247.15** |
|---|---|---|---|

Nonpriority Creditor's Name
**Waterloo Office**
**242 Tower Park Drive**
**Waterloo, IA 50701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 3/15/2017

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business loan**

---

Debtor 1　**Douglas R Buster**
Debtor 2　**Theresa A Buster**

Case number (if known) _____

---

| 4.1 00 | **LPW, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2790**
**Davenport, IA 52809**

Number Street City State Zip Code

Last 4 digits of account number _____　**$33,515.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 01 | **Macy's Deptartment Store National Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**9111 Duke Boulevard**
**Mason, OH 45040**

Number Street City State Zip Code

Last 4 digits of account number　**3850**　**$0.00**

When was the debt incurred?　**Opened 08/08　Last Active 09/08**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Charge Account**

---

| 4.1 02 | **McMaster-Carr** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 7690**
**Chicago, IL 60680-7690**

Number Street City State Zip Code

Last 4 digits of account number _____　**$5,043.92**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 03 | **Megacomm Corp.** | Last 4 digits of account number _____ | **$1,968.80** |

Nonpriority Creditor's Name

**PO Box 1628**
**Davenport, IA 52809-1628**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 04 | **Members Community Credit Union** | Last 4 digits of account number  **0001** | **$0.00** |

Nonpriority Creditor's Name

**159 Colorado Street**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **Opened 10/93  Last Active 02/08**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 05 | **Meminger Metal Finishing** | Last 4 digits of account number _____ | **$150.00** |

Nonpriority Creditor's Name

**PO Box 225**
**2107 SE 8th Street**
**Aledo, IL 61231**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1 **Douglas R Buster**
Debtor 2 **Theresa A Buster**

Case number (if known) _____

---

| 4.1 06 | **Menards / Capital One** | Last 4 digits of account number | **2883** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **Opened 06/18 Last Active 7/13/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Charge Account**

---

| 4.1 07 | **MH Equipment Company** | Last 4 digits of account number | | $1,000.00 |

Nonpriority Creditor's Name
**#774469**
**4469 Solutions Center Drive**
**Chicago, IL 60677-4004**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

| 4.1 08 | **MH Equipment Company** | Last 4 digits of account number | | $3,710.83 |

Nonpriority Creditor's Name
**#774469**
**4469 Solutions Center Drive**
**Chicago, IL 60677-4004**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 09 | **Miller Container Corp.** | Last 4 digits of account number _____ _____ | $708.80 |

Nonpriority Creditor's Name
**PO Box 1130**
**Milan, IL 61264**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.1 10 | **Mose Levy Co. Inc.** | Last 4 digits of account number _____ _____ | $38,031.03 |

Nonpriority Creditor's Name
**421 North Iowa Avenue**
**Washington, IA 52353**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.1 11 | **Motion Industries** | Last 4 digits of account number _____ _____ | $15,981.93 |

Nonpriority Creditor's Name
**PO Box 504606**
**Saint Louis, MO 63150-4606**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1<br>12 | **MSC Industrial Supply** | Last 4 digits of account number _____ | **$4,817.74** |

Nonpriority Creditor's Name

**PO Box 953635**

**Saint Louis, MO 63195-3635**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1<br>13 | **Muscatine Lawn & Power LLC** | Last 4 digits of account number _____ | **$939.95** |

Nonpriority Creditor's Name

**2020 Stewart Road**

**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1<br>14 | **Muscatine Power & Water** | Last 4 digits of account number _____ | **$999.72** |

Nonpriority Creditor's Name

**3205 Cedar Street**

**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 15 | **Muscatine Power & Water** | Last 4 digits of account number _____ | **$291.05** |

Nonpriority Creditor's Name

**3205 Cedar Street**

**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 16 | **Naeve Inc.** | Last 4 digits of account number _____ | **$1,450.00** |

Nonpriority Creditor's Name

**PO Box 10045**

**Andover, IA 52701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 17 | **National Tube Supply** | Last 4 digits of account number _____ | **$12,724.44** |

Nonpriority Creditor's Name

**Dept. 10388**

**PO Box 87618**

**Chicago, IL 60680-0618**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

| 4.1 18 | **Navient** | Last 4 digits of account number | **2396** | | **$20,484.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9640**
**Wiles-Barr, PA 18773**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 07/16  Last Active 10/12/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loans**

| 4.1 19 | **New-Form Tools LTD** | Last 4 digits of account number | | | **$2,957.10** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**232 Lorne Ave. East**
**Stratford, ON N5A 6S4**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 20 | **Northwest Bank & Trust** | Last 4 digits of account number | | | **$1,290,340.23** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**100 E Kimberly Road**
**Davenport, IA 52807**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

| 4.1 21 | **O'Neal** | Last 4 digits of account number _____ | $16,418.26 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 934243**
**Atlanta, GA 31193-4243**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 22 | **Old Navy / Synchrony Bank** | Last 4 digits of account number **0071** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attention: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 12/07  Last Active 01/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Charge Account**

---

| 4.1 23 | **Omcg, Inc.** | Last 4 digits of account number _____ | $9,037.56 |
|---|---|---|---|

Nonpriority Creditor's Name
**857 Industrial Drive**
**Bensenville, IL 60106**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.1 24 | **OnDeck Capital** | Last 4 digits of account number _____ | **$31,130.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**901 N Stuart ST. STE 700**
**Arlington, VA 22203**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.1 25 | **PAETEC** | Last 4 digits of account number _____ | **$5,998.09** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 9001013**
**Louisville, KY 40290-1013**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.1 26 | **Peak Toolworks** | Last 4 digits of account number _____ | **$974.93** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 776894**
**Chicago, IL 60677-6894**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.1 27 | **Peak Toolworks** | Last 4 digits of account number _____ | $344.95 |
|---|---|---|---|

Nonpriority Creditor's Name
**75 Remittance Drive, Suite #1456**
**Chicago, IL 60675**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify _____

---

| 4.1 28 | **Phelps Uniform Specialists** | Last 4 digits of account number _____ | $921.80 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1100**
**Muscatine, IA 52761**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify _____

---

| 4.1 29 | **Plant Equipment Co.** | Last 4 digits of account number _____ | $389.66 |
|---|---|---|---|

Nonpriority Creditor's Name
**2515 Fifth Avenue**
**PO Box 3157**
**Rock Island, IL 61204-3157**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| **4.1** **30** | | | |
|---|---|---|---|

**Precision Metal Form, Inc.**
Nonpriority Creditor's Name
**857 Industrial Drive**
**Bensenville, IL 60106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$3,246.53**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| **4.1** **31** | | | |
|---|---|---|---|

**Pries Enterprise**
Nonpriority Creditor's Name
**701 17th Street SE**
**Independence, IA 50644**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$17,425.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| **4.1** **32** | | | |
|---|---|---|---|

**Productivity**
Nonpriority Creditor's Name
**PO Box 856512**
**Minneapolis, MN 55485-6512**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$11,788.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 33 | **Promet Steel, INc.** | Last 4 digits of account number _____ | **$22,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 795**
**Bedford Park, IL 60499**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 34 | **QC Coating** | Last 4 digits of account number _____ | **$565.28** |
|---|---|---|---|

Nonpriority Creditor's Name
**dba Prism Coating, Inc.**
**3560 S 11th Avenue**
**Eldridge, IA 52748**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 35 | **Quantum Machinery Group** | Last 4 digits of account number _____ | **$1,254.75** |
|---|---|---|---|

Nonpriority Creditor's Name
**10270 Birtcher Drive**
**Mira Loma, CA 91752**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.1 36 | **Ralph E. Buster** | **Last 4 digits of account number** _____ | **$10,000.00** |

Nonpriority Creditor's Name

**1935 Trolley Avenue**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 37 | **Reliable Pallet Co., Inc.** | **Last 4 digits of account number** _____ | **$328.00** |

Nonpriority Creditor's Name

**PO Box 489**
**Bettendorf, IA 52722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 38 | **Reliable Pallet Co., Inc.** | **Last 4 digits of account number** _____ | **$994.80** |

Nonpriority Creditor's Name

**PO Box 489**
**Bettendorf, IA 52722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

| 4.1<br>39 | **Republic Co.** | | Last 4 digits of account number _____ | $127.43 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 932899**
**Cleveland, OH 44193**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1<br>40 | **RighTech Fabrications** | | Last 4 digits of account number _____ | $1,438.06 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3225 Commercial Avenue**
**Northbrook, IL 60062-1913**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1<br>41 | **RK Dixon** | | Last 4 digits of account number _____ | $1,068.92 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**dba Purity Plus**
**PO Box 856699**
**Minneapolis, MN 55485**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

| 4.1 42 | **RL Carriers** | Last 4 digits of account number _____ | **$1,057.60** |

Nonpriority Creditor's Name
**PO Box 10020**
**Port William, OH 45164-2000**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 43 | **Roy J. Carver, III** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 665**
**Bettendorf, IA 52722**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 44 | **Roy J. Carver, Jr.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**418 Woodcrest Lane**
**Muscatine, IA 52761**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.1 45 | **Roy J. Carver, Jr.** | Last 4 digits of account number _____ | **$15,393.73** |

Nonpriority Creditor's Name
**PO Box 665**
**Bettendorf, IA 52722**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 46 | **Russell J. Miller** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**303 Cleveland Street**
**Muscatine, IA 52761**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 47 | **Ryan & Associates** | Last 4 digits of account number _____ | **$289.00** |

Nonpriority Creditor's Name
**10955 160th Street**
**Davenport, IA 52804**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.1 48 | **Sams Club / Synchrony Bank** | Last 4 digits of account number | **4921** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**PO Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**When was the debt incurred?**  **Opened 12/04  Last Active 04/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Charge Account**

---

| 4.1 49 | **Sears / CitiBank** | Last 4 digits of account number | **1103** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Centralized Bankruptcy**
**PO Box 790034**
**St Louis, MO 63179**

Number Street City State Zip Code

**When was the debt incurred?**  **Opened 9/15/08  Last Active 10/02/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.1 50 | **Shaw Electric Inc.** | Last 4 digits of account number | | **$38,872.83** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**930 E. River Drive**
**Davenport, IA 52803**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.1 51 | **Sherwin Williams** | Last 4 digits of account number _____ | **$1,095.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**3501 5th Avenue**
**East Moline, IL 61244-9549**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 52 | **SJ Smith** | Last 4 digits of account number _____ | **$196.64** |
|---|---|---|---|

Nonpriority Creditor's Name

**3707 West River Drive**
**Davenport, IA 52802**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 53 | **SJ Smith** | Last 4 digits of account number _____ | **$18,742.60** |
|---|---|---|---|

Nonpriority Creditor's Name

**3707 West River Drive**
**Davenport, IA 52802**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.1 54 | **Southern Sales Group, LLC** | Last 4 digits of account number _____ | **$9,066.77** |
|---|---|---|---|

Nonpriority Creditor's Name
**530 Audubon Place**
**Conway, AR 72034**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 55 | **Spratt Oil Sales** | Last 4 digits of account number _____ | **$2,665.11** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 753**
**Muscatine, IA 52761**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 56 | **Sprint** | Last 4 digits of account number _____ | **$67.32** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**6480 Sprint Parkway**
**Overland Park, KS 66251**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Cellular Services**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

**4.1
57**

| **State Farm Bank** | Last 4 digits of account number | **0001** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankrupcty
PO Box 3298
Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?  **Opened 04/11  Last Active 03/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Automobile**

---

**4.1
58**

| **State Farm Bank** | Last 4 digits of account number | **0001** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankrupcty
PO Box 3298
Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?  **Opened 03/13  Last Active 05/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Automobile**

---

**4.1
59**

| **State Farm Financial Services** | Last 4 digits of account number | **6491** | **$3,388.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1 State Farm Plaza
Bloomington, IL 61710**
Number Street City State Zip Code

When was the debt incurred?  **Opened 06/18  Last Active 10/02/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card (Work Travel Card)**

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 60 | **Steealcraft Tool Company** | Last 4 digits of account number _____ | **$6,053.00** |

Nonpriority Creditor's Name

**12930 Wayne Road**
**Livonia, MI 48150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 61 | **Steffensmeier Welding & Mfg., Inc.** | Last 4 digits of account number _____ | **$3,759.91** |

Nonpriority Creditor's Name

**1311 Pilot Grove Road**
**Pilot Grove, IA 52648**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 62 | **Stylmark** | Last 4 digits of account number _____ | **$4,214.14** |

Nonpriority Creditor's Name

**6536 Main Street NE**
**Minneapolis, MN 55432**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number *(if known)* _____

---

| 4.1 63 | **Superior USA Benefits** | Last 4 digits of account number _____ | **$1,288.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**525 Lake Ave. South STE 410**
**Duluth, MN 55802**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 64 | **Supply Technologies** | Last 4 digits of account number _____ | **$2,800.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Dept 781959**
**PO Box 78000**
**Detroit, MI 48278**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 65 | **Susan M. (Buster) McDonald** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1122 Lincoln Blvd**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (*if known*) _____

---

| 4.1 66 | **Synchrony Bank** | Last 4 digits of account number | **8016** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?     **Opened  2/13/09  Last Active 4/07/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Charge Account**

---

| 4.1 67 | **Synchrony Bank** | Last 4 digits of account number | **7927** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?     **Opened 02/09  Last Active 4/07/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Charge Account**

---

| 4.1 68 | **Target** | Last 4 digits of account number | **3643** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9475**
**Minneapolis, MN 55440**
Number Street City State Zip Code

When was the debt incurred?     **Opened 11/03  Last Active 12/07**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

| 4.1 69 | **Target** | Last 4 digits of account number | **9033** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9475**
**Minneapolis, MN 55440**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 05/00  Last Active 01/07**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.1 70 | **Taubensee Steel & Wire Company** | Last 4 digits of account number | | **$51,032.98** |

Nonpriority Creditor's Name
**97616 Eagle Way**
**Chicago, IL 60678**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 71 | **TCI Powder** | Last 4 digits of account number | | **$7,432.39** |

Nonpriority Creditor's Name
**PO Box 535403**
**Atlanta, GA 30353-5403**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 72 | **Team Staffing Solutions, Inc.** | Last 4 digits of account number _____ | $38,037.06 |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O Steven D. Kundel (registered agent)**
**300 E. 2nd St. STE 300**
**Muscatine, IA 52761**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 73 | **The Gallery Collection** | Last 4 digits of account number _____ | $97.14 |
|---|---|---|---|

Nonpriority Creditor's Name

**Prudent Publishing**
**PO Box 360**
**Ridgefield Park, NJ 07660**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 74 | **TransAmerica** | Last 4 digits of account number _____ | $42,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**600 Montgomery Street**
**San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** **1/2019**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **401(k) Loan**

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 75 | **TransAmerica** | Last 4 digits of account number _____ | **$43,808.10** |
|---|---|---|---|

Nonpriority Creditor's Name
**600 Montgomery Street**
**San Francisco, CA 94111**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **401(k) Loan**

---

| 4.1 76 | **Travlers** | Last 4 digits of account number _____ | **$1,922.66** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 660317**
**Dallas, TX 75266-0317**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 77 | **Tri-City Electric** | Last 4 digits of account number _____ | **$197.09** |
|---|---|---|---|

Nonpriority Creditor's Name
**6225 N. Brady Street**
**Davenport, IA 52806**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 78 | **Tri-City Electric** | Last 4 digits of account number _____ | **$39,290.94** |

Nonpriority Creditor's Name

**6225 N. Brady Street**

**Davenport, IA 52806**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 79 | **Tube Form Solutions** | Last 4 digits of account number _____ | **$1,318.02** |

Nonpriority Creditor's Name

**435 Roske Drive**

**Elkhart, IN 46516**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 80 | **U.S. Bank** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**800 Nicollet Mall**

**Minneapolis, MN 55402**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 81 | **ULINE** | Last 4 digits of account number _____ | $11,219.36 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 88741**
**Chicago, IL 60680**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 82 | **United Fire Group - Claims** | Last 4 digits of account number _____ | $797.86 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 73909**
**Cedar Rapids, IA 52407**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 83 | **UnityPoint Healthcare** | Last 4 digits of account number _____ | $242.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**10604 Justin Drive**
**Urbandale, IA 50322**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Services**

---

Debtor 1   **Douglas R Buster**

Debtor 2   **Theresa A Buster**

Case number (*if known*) _____

---

| 4.1 84 | **Univar USA Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3075 Highland Parkway STE 200**
**Downers Grove, IL 60515**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$2,015.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 85 | **UPS** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Lockbox 577**
**Carol Stream, IL 60132**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$399.91**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 86 | **Van Meter Industrial, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**850 32nd Avenue SW**
**Cedar Rapids, IA 52404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$7,778.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 87 | **Victoria's Secret / Comenity Bank** | Last 4 digits of account number | **8221** | $0.00 |

Nonpriority Creditor's Name

**Attention: Bankruptcy
PO Box 659728
San Antonio, TX 78265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **Opened 10/03  Last Active 6/10/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| 4.1 88 | **VonMaur** | Last 4 digits of account number | **6780** | $0.00 |

Nonpriority Creditor's Name

**6565 N Brady Street
Davenport, IA 52802**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **Opened  9/01/83  Last Active 6/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| 4.1 89 | **White Distrubtion & Supply** | Last 4 digits of account number | | $911.66 |

Nonpriority Creditor's Name

**PO Box 19
Fairbury, IL 61739**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1  **Douglas R Buster**
Debtor 2  **Theresa A Buster**

Case number (if known) _____

---

| 4.1 90 | **Wilson Tool International** | Last 4 digits of account number _____ | $3,616.23 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 70870**
**Saint Paul, MN 55170**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 91 | **Windstream** | Last 4 digits of account number _____ | $4,596.94 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1377**
**Cockeysville, MD 21030**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 92 | **Winegard** | Last 4 digits of account number _____ | $2,534.40 |
|---|---|---|---|

Nonpriority Creditor's Name
**300 Kirkwood Street**
**Burlington, IA 52601**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

_____    Case number (if known)  _____

| 4.1 93 | **Younkers / Capital One** | Last 4 digits of account number | **8852** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

When was the debt incurred?  **Opened  3/20/09  Last Active 7/18/12**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Charge Account**

| 4.1 94 | **Younkers / Comenity Bank** | Last 4 digits of account number | **5724** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218**

Number Street City State Zip Code

When was the debt incurred?  **Opened 03/09  Last Active 1/21/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Charge Account**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address

**Bank of America**
**PO Box 982238**
**El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

**Capital One**
**Attn: General Correspondence**
**PO Box 30285**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.39** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

**CitiBank**
**PO Box 6217**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 67 of 69

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Douglas R Buster**

Debtor 2  **Theresa A Buster**

Case number (*if known*)

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comm Bank**<br>**615 Cedar Street**<br>**Muscatine, IA 52761** | Line **4.55** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit Bureau Services of Iowa, Inc.**<br>**PO Box 180**<br>**1306 S 7th Street**<br>**Oskaloosa, IA 52577-0180** | Line **4.115** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **D. Nichol & Associates, Inc.**<br>**6N258 Creekside Drive**<br>**Saint Charles, IL 60175** | Line **4.62** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Dan Childers**<br>**PO BOX 1968**<br>**Cedar Rapids, IA 52406** | Line **4.180** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Navient**<br>**PO Box 3229**<br>**Wilmington, DE 19804** | Line **4.118** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pugh Hagan Prahm, PLC**<br>**425 E. Oakdale Blvd., STE 201**<br>**Coralville, IA 52241** | Line **4.172** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Roy J. Carver, Jr.**<br>**PO Box 665**<br>**Bettendorf, IA 52722** | Line **4.144** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | Line **4.156** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **State Farm Financial Services**<br>**PO Box 23025**<br>**Columbus, GA 31902** | Line **4.159** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UnityPoint Healthcare**<br>**Payment Processing Center**<br>**PO Box 809284**<br>**Chicago, IL 60680** | Line **4.183** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UnityPoint Healthcare**<br>**PO Box 1317**<br>**Des Moines, IA 50305** | Line **4.183** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

| | | |
|---|---|---|
| Debtor 1 | **Douglas R Buster** | |
| Debtor 2 | **Theresa A Buster** | |
| | | Case number (if known) |

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 153,109.61 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 153,109.61 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 20,484.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,848,178.94 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 4,868,662.94 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Douglas R Buster** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Theresa A Buster** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Belair Beach Hotel, N.V.**<br>**PO Box 940**<br>**Philipsburg, St. Maarten**<br>**Netherlands Antilles** | **Time share dues and fees** |
| 2.2 **DirecTV**<br>**PO Box 105249**<br>**Atlanta, GA 30348** | **satellite tv contract.** |
| 2.3 **Divi Little Bay Beach Villas (RCI)**<br>**C/O Divi Hotels Marketing, Inc.**<br>**6340 Quadrangle Drive, STE 300**<br>**Chapel Hill, NC 27517** | **Time share agreement** |
| 2.4 **Hughes Comm. Inc.**<br>**11717 Exploration lane**<br>**Germantown, MD 20876** | **internet contract** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Douglas R Buster** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Theresa A Buster** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Buster Farm, Inc.**<br>**1930 Trolley Ave.**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.99**<br>☐ Schedule G<br>**Lincoln Savings Bank** |
| 3.2 | **Carver Holdings, LLC**<br>**852 Middle Rd., STE 205**<br>**PO Box 665**<br>**Bettendorf, IA 52722** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.99**<br>☐ Schedule G<br>**Lincoln Savings Bank** |
| 3.3 | **Five-J Inc.**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.99**<br>☐ Schedule G<br>**Lincoln Savings Bank** |

Debtor 1  **Douglas R Buster**
**Theresa A Buster**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ☐ Schedule E/F, line __4.1__ ☐ Schedule G _____ **966 Industries** |
| 3.5 | **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ☐ Schedule E/F, line __4.2__ ☐ Schedule G _____ **Abilene Motor Express** |
| 3.6 | **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ☐ Schedule E/F, line __4.3__ ☐ Schedule G _____ **Abrasive Innovations** |
| 3.7 | **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ☐ Schedule E/F, line __4.4__ ☐ Schedule G _____ **ABS Leasing** |
| 3.8 | **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ☐ Schedule E/F, line __4.5__ ☐ Schedule G _____ **ABS Leasing** |
| 3.9 | **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ☐ Schedule E/F, line __4.6__ ☐ Schedule G _____ **Addison Machine Engineering** |
| 3.10 | **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ☐ Schedule E/F, line __4.8__ ☐ Schedule G _____ **AJAX** |

| Debtor 1 | **Douglas R Buster** |
|---|---|
| | **Theresa A Buster** |

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.10**___<br>☐ Schedule G _____<br>**Alliance STL** |
| 3.12 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.13**___<br>☐ Schedule G _____<br>**AMCOL Corporation** |
| 3.13 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.14**___<br>☐ Schedule G _____<br>**American Aluminum Extrusion CO** |
| 3.14 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**AMEX** |
| 3.15 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**AMEX** |
| 3.16 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.19**___<br>☐ Schedule G _____<br>**AT Conference** |
| 3.17 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.20**___<br>☐ Schedule G _____<br>**AWS** |

| Debtor 1 | **Douglas R Buster**
**Theresa A Buster** | Case number *(if known)* |
|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply: |
|---|---|

| 3.18 | **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761** | ☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Beneke Wire** |
|---|---|---|
| 3.19 | **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761** | ☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**Berge Plating Works** |
| 3.20 | **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761** | ☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**Bosch Pest Control, Inc.** |
| 3.21 | **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761** | ☐ Schedule D, line _____
■ Schedule E/F, line ___4.36___
☐ Schedule G _____
**Capital One** |
| 3.22 | **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761** | ☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
**Central Petroleum Equipment Co.** |
| 3.23 | **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761** | ☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
**Central Steel & Wire Co.** |
| 3.24 | **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761** | ☐ Schedule D, line _____
■ Schedule E/F, line ___4.48___
☐ Schedule G _____
**Charter Steel** |

Debtor 1 **Douglas R Buster**
**Theresa A Buster**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>**Chicago Coil** |
| 3.26 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>**Cincinnati Incorporated** |
| 3.27 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>**Component Tool & Mfg. CO.** |
| 3.28 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>**Continental Fire Sprinkler Co.** |
| 3.29 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>**D. Nichol & Associates, Inc.** |
| 3.30 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>**Delta Industries, INC** |
| 3.31 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>**Die Makers Manufacturing** |

| Debtor 1 | **Douglas R Buster**<br>**Theresa A Buster** | | Case number *(if known)* |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**E&H Tubing, Inc.** |
| 3.33 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**Earle M. Jorgensen Co.** |
| 3.34 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**EFD Induction** |
| 3.35 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Elite Finishing, LLC** |
| 3.36 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**ESI** |
| 3.37 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**Fastenal** |
| 3.38 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**FedEx** |

| Debtor 1 | **Douglas R Buster** | Case number *(if known)* | |
| | **Theresa A Buster** | | |

▮ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.39 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>**Fort Madison Pallet Company** |
| 3.40 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>**FPM Heat Treating, LLC** |
| 3.41 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>**Gem Tool Corporation** |
| 3.42 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>**Grainger** |
| 3.43 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>**Greater Muscatine Chamber of Commerce** |
| 3.44 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>**Group O Packaging Solutions** |
| 3.45 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>**Hexagon Metrology, Inc.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor 1  **Douglas R Buster**
**Theresa A Buster**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | |
|---|---|
| 3.46 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.87**____<br>☐ Schedule G _____<br>**HNI Corp.** |
| 3.47 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.88**____<br>☐ Schedule G _____<br>**IFM Efector** |
| 3.48 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.90**____<br>☐ Schedule G _____<br>**Iowa Aluminum, Inc.** |
| 3.49 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.92**____<br>☐ Schedule G _____<br>**Janda Motor Services** |
| 3.50 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.93**____<br>☐ Schedule G _____<br>**JCM Services, LLS** |
| 3.51 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.94**____<br>☐ Schedule G _____<br>**Jim Hawk Truck & Trailers Inc.** |
| 3.52 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.96**____<br>☐ Schedule G _____<br>**Kestra Advisor Services, LLC** |

Debtor 1    **Douglas R Buster**
**Theresa A Buster**

Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.53 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>**Landstar Ranger, Inc.** |
| 3.54 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>**LEAF Financing** |
| 3.55 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>**McMaster-Carr** |
| 3.56 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>**Megacomm Corp.** |
| 3.57 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>**Meminger Metal Finishing** |
| 3.58 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.107___<br>☐ Schedule G _____<br>**MH Equipment Company** |
| 3.59 **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.108___<br>☐ Schedule G _____<br>**MH Equipment Company** |

Debtor 1     **Douglas R Buster**
             **Theresa A Buster**                                              Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.60  **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.109___ ☐ Schedule G _____ **Miller Container Corp.** |
| 3.61  **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.110___ ☐ Schedule G _____ **Mose Levy Co. Inc.** |
| 3.62  **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.111___ ☐ Schedule G _____ **Motion Industries** |
| 3.63  **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.112___ ☐ Schedule G _____ **MSC Industrial Supply** |
| 3.64  **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.113___ ☐ Schedule G _____ **Muscatine Lawn & Power LLC** |
| 3.65  **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.114___ ☐ Schedule G _____ **Muscatine Power & Water** |
| 3.66  **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.116___ ☐ Schedule G _____ **Naeve Inc.** |

| Debtor 1 | **Douglas R Buster** **Theresa A Buster** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.67 **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.117__ ☐ Schedule G _____ **National Tube Supply** |
| 3.68 **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.119__ ☐ Schedule G _____ **New-Form Tools LTD** |
| 3.69 **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.121__ ☐ Schedule G _____ **O'Neal** |
| 3.70 **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.125__ ☐ Schedule G _____ **PAETEC** |
| 3.71 **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.128__ ☐ Schedule G _____ **Phelps Uniform Specialists** |
| 3.72 **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.130__ ☐ Schedule G _____ **Precision Metal Form, Inc.** |
| 3.73 **Five-J, Inc.** **DBA Fabricators Plus** **PO BOX 47** **Muscatine, IA 52761** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.132__ ☐ Schedule G _____ **Productivity** |

| Debtor 1 | **Douglas R Buster** | Case number *(if known)* | |
| | **Theresa A Buster** | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

---

3.74 **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.133___
☐ Schedule G _____
**Promet Steel, INc.**

---

3.75 **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.135___
☐ Schedule G _____
**Quantum Machinery Group**

---

3.76 **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.137___
☐ Schedule G _____
**Reliable Pallet Co., Inc.**

---

3.77 **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.139___
☐ Schedule G _____
**Republic Co.**

---

3.78 **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.141___
☐ Schedule G _____
**RK Dixon**

---

3.79 **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.152___
☐ Schedule G _____
**SJ Smith**

---

3.80 **Five-J, Inc.**
**DBA Fabricators Plus**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.155___
☐ Schedule G _____
**Spratt Oil Sales**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Douglas R Buster**<br>**Theresa A Buster** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.81 | **Five-J, Inc.**<br>**DBA Fabricators Plus**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.172___<br>☐ Schedule G _____<br>**Team Staffing Solutions, Inc.** |
| 3.82 | **Jordan (Daughter)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.118___<br>☐ Schedule G _____<br>**Navient** |
| 3.83 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.114___<br>☐ Schedule G _____<br>**Muscatine Power & Water** |
| 3.84 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.120___<br>☐ Schedule G _____<br>**Northwest Bank & Trust** |
| 3.85 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>**OnDeck Capital** |
| 3.86 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>**Peak Toolworks** |
| 3.87 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>**Reliable Pallet Co., Inc.** |

| Debtor 1 | **Douglas R Buster** | Case number *(if known)* | |
| | **Theresa A Buster** | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.88 **Pearl City Garage, Inc.**
**DBA PCG Powder Coating & Anodizing**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.140**___
☐ Schedule G _____
**RighTech Fabrications**

3.89 **Pearl City Garage, Inc.**
**DBA PCG Powder Coating & Anodizing**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.142**___
☐ Schedule G _____
**RL Carriers**

3.90 **Pearl City Garage, Inc.**
**DBA PCG Powder Coating & Anodizing**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.146**___
☐ Schedule G _____
**Russell J. Miller**

3.91 **Pearl City Garage, Inc.**
**DBA PCG Powder Coating & Anodizing**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.147**___
☐ Schedule G _____
**Ryan & Associates**

3.92 **Pearl City Garage, Inc.**
**DBA PCG Powder Coating & Anodizing**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.150**___
☐ Schedule G _____
**Shaw Electric Inc.**

3.93 **Pearl City Garage, Inc.**
**DBA PCG Powder Coating & Anodizing**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.151**___
☐ Schedule G _____
**Sherwin Williams**

3.94 **Pearl City Garage, Inc.**
**DBA PCG Powder Coating & Anodizing**
**PO BOX 47**
**Muscatine, IA 52761**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.152**___
☐ Schedule G _____
**SJ Smith**

| Debtor 1 | **Douglas R Buster**<br>**Theresa A Buster** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.95 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.156__<br>☐ Schedule G _____<br>**Sprint** |
|---|---|---|
| 3.96 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.161__<br>☐ Schedule G _____<br>**Steffensmeier Welding & Mfg., Inc.** |
| 3.97 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>**Superior USA Benefits** |
| 3.98 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.171__<br>☐ Schedule G _____<br>**TCI Powder** |
| 3.99 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.172__<br>☐ Schedule G _____<br>**Team Staffing Solutions, Inc.** |
| 3.100 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.176__<br>☐ Schedule G _____<br>**Travlers** |
| 3.101 | **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.177__<br>☐ Schedule G _____<br>**Tri-City Electric** |

Debtor 1  **Douglas R Buster**
**Theresa A Buster**

Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>2    **Pearl City Garage, Inc.**<br>**DBA PCG Powder Coating & Anodizing**<br>**PO BOX 47**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.184___<br>☐ Schedule G _____<br>**Univar USA Inc.** |
| 3.10<br>3    **Roy J. Carver, Jr.**<br>**418 Woodcrest Lane**<br>**Muscatine, IA 52761** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>**Lincoln Savings Bank** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Douglas R Buster** |
| Debtor 2<br>(Spouse, if filing) | **Theresa A Buster** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | | **Occupation** | **Manager Dubuque Operations** | |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | **Flexsteel, Inc.** | **Kent Shared Services, LLC** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | | **2905 US Highway 61 North<br>Muscatine, IA 52761** |
| | | **How long employed there?** | **2 months** | |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $      12,500.00 | $      6,230.78 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$      0.00 | +$      0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $      12,500.00 | $      6,230.78 |

| Debtor 1 | **Douglas R Buster** |
|---|---|
| Debtor 2 | **Theresa A Buster** |

Case number *(if known)* _____

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ **12,500.00** | $ **6,230.78** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **3,726.80** | $ **1,160.79** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **1,250.00** | $ **62.32** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **436.17** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **166.54** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: **Medical Reimburs.** | 5h.+ | $ **0.00** + | $ **540.00** |
| | **Life** | | $ **0.00** | $ **129.10** |
| | **LTD** | | $ **0.00** | $ **43.61** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **4,976.80** | $ **2,538.53** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **7,523.20** | $ **3,692.25** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **7,523.20** + $ **3,692.25** = $ **11,215.45** |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                              11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ **11,215.45**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ☑ No.
- ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Douglas R Buster |
| Debtor 2 (Spouse, if filing) | Theresa A Buster |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    　　☐ No

    　　■ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**        ■ No

    Do not list Debtor 1 and Debtor 2.        ☐ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**        ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4.  $                900.00

    **If not included in line 4:**

    4a.    Real estate taxes        4a.  $        0.00
    4b.    Property, homeowner's, or renter's insurance        4b.  $        0.00
    4c.    Home maintenance, repair, and upkeep expenses        4c.  $        0.00
    4d.    Homeowner's association or condominium dues        4d.  $        0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans        5.  $        0.00

Debtor 1    **Douglas R Buster**

Debtor 2    **Theresa A Buster**                                                Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 988.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 100.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 110.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 382.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 27.50 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 460.00 |
| | 15b. Health insurance | 15b. $ | 600.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **IA Dept. of Rev. Tax Payment** | 21. +$ | 1,125.00 |
| | **Additional Out of pocket med** | +$ | 390.00 |
| | **Est. IRS Tax payment** | +$ | 1,500.00 |
| | **Transamerica 401(k) Loan payments** | +$ | 1,992.49 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 8,774.99 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | 4,525.00 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 13,299.99 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 11,215.45 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 13,299.99 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -2,084.54 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.

> Explain here: **Explanation Additional Med--Debtor has 4-5 migraines per month, takes a Aimovig shot at $700/month, Trokendi at $700/month. Debtors have high deductible of $6,000.**
>
> **Debtor currently rents an apartment in Dubuque near his employment. Debtor returns to his home on the weekends and as time permits to be with his spouse.**

Debtor 1    **Douglas R Buster**

Debtor 2    **Theresa A Buster**

Case number (if known)

Debtor 1 **Douglas R Buster**

Debtor 2 **Theresa A Buster**

Case number (if known) _____

| Fill in this information to identify your case: |
| --- |

Debtor 1 **Douglas R Buster**

Debtor 2 **Theresa A Buster**
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number
(if known) _____

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐

## Official Form 106J-2
## Schedule J-2: Your Expenses for Separate Household of Debtor 2          12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.  Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Do you and Debtor 1 maintain separate households?**
   - ☐ No. Do not complete this form.
   - ☒ Yes

2. **Do you have dependents?**

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents names.
   .
   .
   .

   - ☒ No
   - ☐ Yes.

| Fill out this information for each dependent................ | Dependent's relationship to Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on** *Schedule I: Your Income* **(Official Form 106I.)**

| | Your expenses |
| --- | --- |

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ **3,000.00**

   **If not included in line 4:**

   4a. Real estate taxes          4a. $ **0.00**

   4b. Property, homeowner's, or renter's insurance    4b. $ **0.00**

Debtor 1    **Douglas R Buster**
Debtor 2    **Theresa A Buster**                                          Case number (if known) _____

| | | | |
|---|---|---|---|
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| 6d. | Other. Specify:  **Rural Coop Utilities, LP Gas, Phone, Internet, Cable** | 6d. $ | 1,525.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 0.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

22. **Your monthly expenses.** Add lines 5 through 21.                                              $        **4,525.00**
The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to
calculate the total expenses for Debtor 1 and Debtor 2.

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
modification to the terms of your mortgage?

�True☐ ■ No.
☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Douglas R Buster** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Theresa A Buster** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X **/s/ Douglas R Buster** | X **/s/ Theresa A Buster** |
|---|---|
| **Douglas R Buster** | **Theresa A Buster** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **November 13, 2019** | Date **November 13, 2019** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Douglas R Buster** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Theresa A Buster** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $75,002.46 | ■ Wages, commissions, bonuses, tips | $65,534.28 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Douglas R Buster**
Debtor 2    **Theresa A Buster**

Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips | $173,862.00 | ☐ Wages, commissions, bonuses, tips | **Unknown** |
| | ■ Operating a business | | ■ Operating a business | |
| | ■ Wages, commissions, bonuses, tips | $155,529.00 | ■ Wages, commissions, bonuses, tips | $18,333.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips | $129,047.00 | ■ Wages, commissions, bonuses, tips | $7,200.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Gains from sale of business property reported on form 4797** | $72,038.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **Capital Gains** | $3,612.00 | **Capital Gains** | $3,612.00 |
| | **Taxable Retirment Distributions** | $24,375.00 | **Taxable Retirement Distributions** | $32,075.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | **Capital Gains** | $497,468.00 | **Capital Gains** | **Unknown** |
| | **Taxable Retirment Distributions** | $200,001.00 | **Taxable Retirement Distributions** | $158,857.00 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | Case number *(if known)* |

not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount | Amount you | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☐ No

■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Jordan (daughter) 18773 | Monthly at $261.91 | $3,142.92 | $20,484.00 | Joint Debtor is the borrower and her daughter was co-borrower.  Joint Debtor has always made the payment. <br><br> **Navient servicer for Sallie Mae** **Attn: Bankruptcy** **Po Box 9640** **Wilkes-Barr, PA 18773** |
| **Pearl City Garage, Inc.** **DBA PCG Powder Coating & Anodizing** **PO BOX 47** **Muscatine, IA 52761** | 2/1/2019 to 6/14/2019 | $63,700.00 | Unknown | Debts owed by PCG to Northwest Bank.  (PCG was involved in a Chapter 11) |
| **Tab Investments, LLC** **1930 Trolley Ave.** **Muscatine, IA 52761** | 2-1-2019 to 7-16-19 | $47,450.00 | Unknown | Various creditors of TAB Investments and the Debtors including property taxes, IRS, IDOR, etc. |
| **Buster Farm, Inc** **PO BOX 47** **Muscatine, IA 52761** | 2019 | $18,667.99 | Unknown | Loan payments |

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | Case number *(if known)* |

---

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **U.S. Bank Equip. Fin. vs. Douglas Buster & Five-J, Inc.**<br>**LACV 025216** | **Breach of Contract** | **Iowa Dist. Ct. for Muscatine County**<br>**401 E. 3rd St. #3**<br>**Muscatine, IA 52761** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Team Staffing Solutions, Inc. v. Farbricators-Plus**<br>**07701 LACV024985** | **Contract** | **District Court for Muscatine** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **American Express National Bank vs. Douglas Buster**<br>**07701 LACV025316** | **Contract** | **District Court for Muscatine** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Pearl City Garage, Inc. (Chapter 11 Southern Dist. IA)**<br>**19-00221-als11** | **Chapter 11 Bankruptcy Proceeding** | **Souther District of Iowa** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | Case number *(if known)* |

---

**Part 5:**     **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☐ No

    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No

    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Our Lady of Victory Church 4105 N. Division St. Davenport, IA 52806** | **Contributions equivalent to $6,585 as reported on Debtors' 2017 & 2018 Tax Returns** | **2017 & 2018** | **$6,585.00** |
| **Saints Mary & Mathias Catholic School 2407 Cedar Street Muscatine, IA 52761** | **Charitable donations and contributions equivalent to $2,000 as reported on 2017 & 2018 Federal Tax Returns** | **2017 & 2018** | **$2,000.00** |
| **Our Lady of Lourdes Catholic Church 1506 Brown St. Bettendorf, IA 52722** | **Donations equivalent to $2,370 as reported on 2017 & 2018 Tax Returns** | **2017 and 2018** | **$2,370.00** |
| **Union League Club of Chicago 65 West Jackson St. Chicago, IL 60604** | **Donations equivalent to $664 as reported on 2017 & 2018 tax returns.** | **2017 and 2018** | **$664.00** |
| **Saints Mary & Mathias Catholic Parish 215 W. 8th St. Muscatine, IA 52761** | **Donations equivalent to $2,000 as reported on 2017 and 2018 tax returns** | **2017 and 2018** | **$2,000.00** |
| **Misc. Charities** | **Misc. charitable contributions as reported on 2017 and 2018 tax returns.** | **2017 & 2018** | **$3,101.00** |
| **Muscatine County Relay for Life American Cancer Society** | **Dontations equivalent to $1,000 as reported on 2017 tax returns** | **2017** | **$1,000.00** |
| **University of Iowa Foundation P.O. Box 4550 Iowa City, IA 52244** | **Donations equivalent to $960 as reported on 2017 tax returns** | **2017** | **$960.00** |

---

**Part 6:**     **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No

    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | |
| | | Case number (*if known*) |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Buckrop & VanDeVelde, P.C.**<br>**The Law Centre**<br>**329 18th Street Suite #500**<br>**Rock Island, IL 61201**<br>**bbankruptcy@gmail.com** | **Attorney Fees and costs** | **7/25/2019**<br>**$3,500;**<br>**11/9/2019**<br>**$3,100** | **$6,600.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☐ No
    ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **O'Connor  Tax Group**<br>**5720 W. 120th Ave. STE #1**<br>**Broomfield, CO 80020** | **Entity was/is employed by the Debtors to resolve their personal/business tax liability.** | **5-31-19 to**<br>**9-5-2019** | **$7,525.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Noah Schumacher**<br>**1842 Sweetland Rd.**<br>**Muscatine, IA 52761**<br><br>**none** | **Property was held by Series III Tab Investments but reported on Debtors' 2018 Tax returns.** | **$176,000** | **7/31/2019** |
| **Douglas R. Buster AND Theresa Buster**<br>**1930 Trolley Ave.**<br>**Muscatine, IA 52761**<br><br>**Self** | **$56,450 withdrawn from IRAs at Edward Jones** | **$56,450** | **2018** |
| **Thomas L. Benson & Michele D. Benson**<br>**2336 Ocean Drive #304**<br>**Vero Beach, FL 32963**<br><br>**none** | **3501 Ocean Drive**<br>**Vero Beach, FL 32963** | **$525,000** | **2/12/2019** |

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | |
| | | Case number *(if known)* |

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| **Expectra Powder Coating, Inc.<br>C/O L&W Agents, Inc.<br>220 N. Main St. STE 600<br>Davenport, IA 52801**<br><br>**none** | **All assets of Pearl City<br>Garage, Inc.** | **$275,000 subject to<br>adjustment** | **10/2019** |
| **Douglas R. Buster & Theresa Buster<br>1930 Trolley Ave.<br>Muscatine, IA 52761**<br><br>**Self** | **Withdrawal of $358,858 from<br>retirement accounts** | **$358,858 used to try and<br>save businesses** | **2017** |
| **TransAmerica<br>600 Montgomery Street<br>San Francisco, CA 94111**<br><br>**Debtors Retirement Account** | **rollover of Debtor and Joint<br>Debtor 401(k)s from Voya to<br>TransAmerica** | **Rollover of 401(k)s** | **9/2019 to<br>11/2019** |
| **Kriegers<br>3205 North Hwy 61<br>Muscatine, IA 52761**<br><br>**none** | **Pontiac Solstice** | **Traded vehicle in<br>towards Debtor's<br>current Jeep** | **8/31/2019** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   ☐ No
   ■ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| **Voya** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **401(k)s** | **92019-11/2019** | **Unknown** |

Debtor 1    **Douglas R Buster**
Debtor 2    **Theresa A Buster**                                           Case number *(if known)*

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution **Address** (Number, Street, City, State and ZIP Code) | Who else had access to it? **Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility **Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it? **Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name **Address** (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

Debtor 1 **Douglas R Buster**
Debtor 2 **Theresa A Buster**

Case number *(if known)*

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Pearl City Garage, Inc. DBA PCG Powder Coating & Anodizing PO BOX 47 Muscatine, IA 52761** | **Repair & Maintenance; Anodizing & Auto Mec.** **William J. Tranel, CPA Hoffman & Tranel, P.C. 4709 44th St., STE #8 Rock Island, IL 61201** | EIN: **36-4561443** From-To **9/27/2004 to Present** |
| **Tab Investments, LLC 1930 Trolley Ave. Muscatine, IA 52761** | **Real Estate** | EIN: From-To |
| **Five-J, Inc. DBA Fabricators Plus PO BOX 47 Muscatine, IA 52761** | **Manufactoring/Aluminum** **Amy M Westfall Blair, Wesfall & Co. 100 E. Kimberly Rd. Davenport, IA 52806** | EIN: **05-0561499** From-To **1/23/2003 to present** |
| **Epic Tube & Fabrication, Inc.** | | EIN: **81-1767586** From-To **3/9/2016 to 3/13/2018** |
| **Buster Farm, Inc PO BOX 47 Muscatine, IA 52761** | **Farming/Breeding Cattle** **Amy Westfall Blair, Westfall & Co. 100 E. Kimberly Rd. Davenport, IA 52806** | EIN: **20-2432741** From-To **2/28/2005 to present** |

| Debtor 1 | **Douglas R Buster** | |
|---|---|---|
| Debtor 2 | **Theresa A Buster** | |
| | | Case number *(if known)* |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Northwest Bank & Trust<br>100 E Kimberly Road<br>Davenport, IA 52807** | 1/16/2019 |
| **Lincoln Savings Bank<br>242 Tower Park Dr.<br>Waterloo, IA 50701** | 11/2018 |
| **Community Bank & Trust<br>2609 2nd Ave.<br>Muscatine, IA 52761** | 6-15-2018 |

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Douglas R Buster | /s/ Theresa A Buster |
|---|---|
| **Douglas R Buster**<br>**Signature of Debtor 1** | **Theresa A Buster**<br>**Signature of Debtor 2** |

| Date | **November 13, 2019** | Date | **November 13, 2019** |
|---|---|---|---|

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Douglas R Buster** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Theresa A Buster** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Belair Beach Hotel, N.V.**<br><br>Description of property securing debt:  **Time Share St. Martin (Bel Air) 99 year duration for weeks 51 & 52 (currently behind $10,000 in maintenance fees and it cannot be used until those are paid). (Value based solely on Debtors' estimate)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name:  **Community Bank**<br><br>Description of property securing debt:  **1930 Trolley Ave. Muscatine, IA 52761-9467  Muscatine County Amended Parcel "C" located in the Southwest Quarter of the Northwest Quarter of Section 22, Township 77 North, Range 1 West of the 5th P.M., Muscatine County, Iowa, as shown in P** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Douglas R Buster** |
|---|---|
| Debtor 2 | **Theresa A Buster** |

Case number *(if known)* _____

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Belair Beach Hotel, N.V.** | ■ No |
| | ☐ Yes |
| Description of leased Property: **Time share dues and fees** | |
| Lessor's name: **DirecTV** | ☐ No |
| | ■ Yes |
| Description of leased Property: **satellite tv contract.** | |
| Lessor's name: **Divi Little Bay Beach Villas (RCI)** | ☐ No |
| | ■ Yes |
| Description of leased Property: **Time share agreement** | |
| Lessor's name: **Hughes Comm. Inc.** | ☐ No |
| | ■ Yes |
| Description of leased Property: **internet contract** | |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X **/s/ Douglas R Buster** | X **/s/ Theresa A Buster** |
|---|---|
| **Douglas R Buster** | **Theresa A Buster** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **November 13, 2019** | Date **November 13, 2019** |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Iowa

In re   **Douglas R Buster**
       **Theresa A Buster**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ........................... $ _____ **6,135.00**

      Prior to the filing of this statement I have received ........... $ _____ **6,135.00**

      Balance Due .................................................................... $ _____ **0.00**

2.   $ __**335.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
         **Negotiations on Motion to Redeem, Negotiations on reaffirmations, judicial lien avoidances, and relief from stay actions**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 13, 2019**
*Date*

    **/s/ John VanDeVelde**
    **John VanDeVelde**
    *Signature of Attorney*
    **Buckrop & VanDeVelde, P.C.**
    **The Law Centre**
    **329 18th Street Suite #500**
    **Rock Island, IL 61201**
    **(309)788-2747  Fax: (309) 793-4090**
    **bbankruptcy@gmail.com**
    *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Douglas R Buster**
**Theresa A Buster**
_____
Debtor(s)

Case No. _____

Chapter **7**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I (we) declare under penalty of perjury that I (we) have read the attached Master Address List (creditor matrix), consisting of __20__ pages, and that it is true and correct to the best of my (our) knowledge, information, and belief.

Date: **November 13, 2019**
_____

**/s/ Douglas R Buster**
**Douglas R Buster**
Signature of Debtor

Date: **November 13, 2019**
_____

**/s/ Theresa A Buster**
**Theresa A Buster**
Signature of Debtor

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


966 Industries
817 26th Street
Milford, IA 51351


Abilene Motor Express
1700 Willis Road
Richmond, VA 23234-0507


Abrasive Innovations
1805 Red Fox Way
Marion, IA 52302


ABS Leasing
4631 44th Street
Moline, IL 61265


Addison Machine Engineering
1301 Industrial Street
Reedsburg, WI 53959-2139


AIC American Industrial Corporation
PO Box 859
Greenwood, IN 46142


AJAX
PO Box 78000
Dept. 781449
Detroit, MI 48278-1449


Akzo Nobel
62166 Collection Center Drive
Chicago, IL 60693-0621


Alliance STL
24342 Network Place
Chicago, IL 60673-1243

Ally Financial
Attn: Bankruptcy
PO Box 380902
Minneapolis, MN 55438

Alro Steel Corporation
24876 Network Place
Chicago, IL 60673-1248

AMCOL Corporation
21435 Dequindre
Hazel Park, MI 48030

American Aluminum Extrusion CO
14979 Collections Center Drive
Chicago, IL 60693

American Industrial Corporation
PO Box 859
Greenwood, IN 46142

AMEX
Attn: Bankruptcy
PO Box 981540
El Paso, TX 79998

Andrew Carver
PO Box 665
Bettendorf, IA 52722

AT Conference
A/R PO Box 2939
Southampton, NY 11969

AWS
8669 Doral Blvd., STE 130
Miami, FL 33166

Azko Nobel
62166 Collection Center Drive
Chicago, IL 60693

Bank of America
4909 Savarese Circle
Fll-908-01-50
Tampa, FL 33634


Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27420


Bank of America
PO Box 982238
El Paso, TX 79998


Bank of the West
Attn: Bankruptcy
180 Montgomery Street 25th Floor
San Francisco, CA 94104


Barbara A. Buster
1935 Trolley Avenue
Muscatine, IA 52761


Barclays Card Services
Card Services
PO Box 8801
Wilmington, DE 19899-8801


Bealls Florida / Comenity Bank
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Belair Beach Hotel, N.V.
PO Box 940
Philipsburg, St. Maarten
Netherlands Antilles


Beneke Wire
5540 National Turnpike
Louisville, KY 40214


Berge Plating Works
601 25th Avenue
Rock Island, IL 61201

Blackhawk Bank & Trust
301 W 4th Street
Milan, IL 61264


BMO Harris Bank
Attn: Bankruptcy
PO Box 2035
Milwaukee, WI 53201


Bosch Pest Control, Inc.
1103 Grandview Avenue
Muscatine, IA 52761


Buster Farm, Inc.
1930 Trolley Ave.
Muscatine, IA 52761


Calvary Industries, Inc.
PO Box 713868
Cincinnati, OH 45271-3868


Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130


Capital One, F.S.B.
PO Box 60024
City of Industry, CA 91716-0024


Carver Estate
PO Box 665
Bettendorf, IA 52722


Carver Holdings, LLC
852 Middle Rd., STE 205
PO Box 665
Bettendorf, IA 52722


CBI Bank & Trust
301 Iowa Avenue
Muscatine, IA 52761

Central Petroleum Equipment Co.
PO Box 188
Blue Grass, IA 52726


Central Steel & Wire Co.
PO Box 5100
Chicago, IL 60680-5100


Charter Steel
8002 Solutions Center
Chicago, IL 60677-8800


Chicago Coil
PO Box 714766
Cincinnati, OH 45271


Cincinnati Incorporated
PO Box 44719
Madison, WI 53744-4719


CitiBank
Attn: Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179


CitiBank
PO Box 6217
Sioux Falls, SD 57117


City of Muscatine
215 Sycamore Street
Muscatine, IA 52761


CNH Industrial Capital
Attn: Bankruptcy
PO Box 71264
Philadelphia, PA 19176


Comm Bank
615 Cedar Street
Muscatine, IA 52761

Community Bank
615 Cedar Street
PO Box 500
Muscatine, IA 52761-0009


Community Bank & Trust
2610 2nd Avenue
Muscatine, IA 52761


Community Bank & Trust
2611 2nd Avenue
Muscatine, IA 52761


Community Bank & Trust
2612 2nd Avenue
Muscatine, IA 52761


Component Tool & Mfg. CO.
PO Box 373
Crete, IL 60417


Continental Fire Sprinkler Co.
PO Box 30036
Omaha, NE 68103-1136


County Waste Systems
438 4th Street
PO Box 5315
Rock Island, IL 61204


Credit Bureau Services of Iowa, Inc.
PO Box 180
1306 S 7th Street
Oskaloosa, IA 52577-0180


D. Nichol & Associates, Inc.
C/O Law Offices of John A. Ranieri, LLC
35 East Wacker Drive, STE 650
Chicago, IL 60601


D. Nichol & Associates, Inc.
6N258 Creekside Drive
Saint Charles, IL 60175

Dan Childers
PO BOX 1968
Cedar Rapids, IA 52406


Deborah K. Buster
1935 Trolley Avenue
Muscatine, IA 52761


DECO
PO Box 3097
Davenport, IA 52808


Delta Industries, INC
5235 Katrine Avenue
Downers Grove, IL 60515-4010


Delta Industries, INC
2201 Curtiss Street
Downers Grove, IL 60515-4010


Die Makers Manufacturing
373 Hwy 35
Hazel Green, WI 53811


DirecTV
PO Box 105249
Atlanta, GA 30348


Divi Little Bay Beach Villas (RCI)
C/O Divi Hotels Marketing, Inc.
6340 Quadrangle Drive, STE 300
Chapel Hill, NC 27517


E&H Tubing, Inc.
PO Box 316
Brownstown, IN 47220


Earle M. Jorgensen Co.
75 Remittance Dr. STE 6445
Chicago, IL 60675-6445


EFD Induction
31511 Dequindre Road
Madison Heights, MI 48071

EICCD
Attn: Business Office
101 W 3rd Street
Davenport, IA 52801


Elite Finishing, LLC
PO Box 210500
Milwaukee, WI 53211


ESI
319 East 2nd ST. STE 302
Muscatine, IA 52761


Farm & Fleet / Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896


Farm Credit Services of America
PO Box 2409
Omaha, NE 68103


Fastenal
PO Box 978
Winona, MN 55987-0978


FedEx
PO Box 10306
Palatine, IL 60055-0306


Five-J Inc.
PO BOX 47
Muscatine, IA 52761


Five-J, Inc.
DBA Fabricators Plus
PO BOX 47
Muscatine, IA 52761


Ford Motor Credit
c/o Correspondence
PO Box 542000
Omaha, NE 68154-8000

Fort Madison Pallet Company
2498 260th Street
Fort Madison, IA 52627


FPM Heat Treating, LLC
LBX#774753
7753 Solutions Center Drive
Chicago, IL 60677-4007


Gem Tool Corporation
1125 W. Northbranch Drive
Oak Creek, WI 53154


Grainger
PO Box 419267
Dept. 863199345
Kansas City, MO 64141-6267


Greater Muscatine Chamber of Commerce
100 W. Second Street
Muscatine, IA 52761


Group O Packaging Solutions
PO Box 860144
Minneapolis, MN 55486-0144


Hagerty, LLC
2816 HWY 22
Muscatine, IA 52761


Hexagon Metrology, Inc.
Lockbox 771742
1742 Solutions Center Drive
Chicago, IL 60677-1007


HNI Corp.
PO Box 1109
Muscatine, IA 52761


Hughes Comm. Inc.
11717 Exploration lane
Germantown, MD 20876

IFM Efector
PO Box 8538-307
Philadelphia, PA 19171-0307


IH Mississippi Valley Credit Union
Attn: Bankruptcy Department
2121 47th Street
Moline, IL 61265


Iowa Aluminum, Inc.
10-27th Ave. East
Albia, IA 52531-0306


Iowa Department of Revenue
Attn: Bankruptcy Unit
PO Box 10471
Des Moines, IA 50306


Iowa Workforce Development
Attn: Customer Service
1000 East Grand Avenue
Des Moines, IA 50319


IVC Industrial Coatings, Inc.
PO Box 78000
Dept. 78729
Detroit, MI 48278-0729


Janda Motor Services
PO Box 10045
Cedar Rapids, IA 52410-0045


JCM Services, LLS
905 N. Main Street
Sigourney, IA 52591


Jim Hawk Truck & Trailers Inc.
900 W. 76th Street
Davenport, IA 52806


Jordan (Daughter)

Kent Corporation
PO Box 5051
Greensburg, PA 15601-5058


Kestra Advisor Services, LLC
SW Parkwy, Bldg. 2, STE 400
Austin, TX 78735


Landstar Ranger, Inc.
PO Box 784293
Philadelphia, PA 19178


LEAF Financing
PO Box 5066
Hartford, CT 06102-5066


Lincoln Savings Bank
Waterloo Office
242 Tower Park Drive
Waterloo, IA 50701


LPW, Inc.
PO Box 2790
Davenport, IA 52809


Macy's Deptartment Store National Bank
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Megacomm Corp.
PO Box 1628
Davenport, IA 52809-1628


Members Community Credit Union
159 Colorado Street
Muscatine, IA 52761

Meminger Metal Finishing
PO Box 225
2107 SE 8th Street
Aledo, IL 61231


Menards / Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


MH Equipment Company
#774469
4469 Solutions Center Drive
Chicago, IL 60677-4004


Miller Container Corp.
PO Box 1130
Milan, IL 61264


Mose Levy Co. Inc.
421 North Iowa Avenue
Washington, IA 52353


Motion Industries
PO Box 504606
Saint Louis, MO 63150-4606


MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635


Muscatine Lawn & Power LLC
2020 Stewart Road
Muscatine, IA 52761


Muscatine Power & Water
3205 Cedar Street
Muscatine, IA 52761


Naeve Inc.
PO Box 10045
Andover, IA 52701

National Tube Supply
Dept. 10388
PO Box 87618
Chicago, IL 60680-0618


Navient
Attn: Bankruptcy
PO Box 9640
Wiles-Barr, PA 18773


Navient
PO Box 3229
Wilmington, DE 19804


New-Form Tools LTD
232 Lorne Ave. East
Stratford, ON N5A 6S4


Northwest Bank & Trust
100 E Kimberly Road
Davenport, IA 52807


O'Neal
PO Box 934243
Atlanta, GA 31193-4243


Old Navy / Synchrony Bank
Attention: Bankruptcy
PO Box 965060
Orlando, FL 32896


Omcg, Inc.
857 Industrial Drive
Bensenville, IL 60106


OnDeck Capital
901 N Stuart ST. STE 700
Arlington, VA 22203


PAETEC
PO Box 9001013
Louisville, KY 40290-1013

Peak Toolworks
PO Box 776894
Chicago, IL 60677-6894


Peak Toolworks
75 Remittance Drive, Suite #1456
Chicago, IL 60675


Pearl City Garage, Inc.
DBA PCG Powder Coating & Anodizing
PO BOX 47
Muscatine, IA 52761


Phelps Uniform Specialists
PO Box 1100
Muscatine, IA 52761


Plant Equipment Co.
2515 Fifth Avenue
PO Box 3157
Rock Island, IL 61204-3157


Precision Metal Form, Inc.
857 Industrial Drive
Bensenville, IL 60106


Pries Enterprise
701 17th Street SE
Independence, IA 50644


Productivity
PO Box 856512
Minneapolis, MN 55485-6512


Promet Steel, INc.
PO Box 795
Bedford Park, IL 60499


Pugh Hagan Prahm, PLC
425 E. Oakdale Blvd., STE 201
Coralville, IA 52241

QC Coating
dba Prism Coating, Inc.
3560 S 11th Avenue
Eldridge, IA 52748


Quantum Machinery Group
10270 Birtcher Drive
Mira Loma, CA 91752


Ralph E. Buster
1935 Trolley Avenue
Muscatine, IA 52761


Reliable Pallet Co., Inc.
PO Box 489
Bettendorf, IA 52722


Republic Co.
PO Box 932899
Cleveland, OH 44193


RighTech Fabrications
3225 Commercial Avenue
Northbrook, IL 60062-1913


RK Dixon
dba Purity Plus
PO Box 856699
Minneapolis, MN 55485


RL Carriers
PO Box 10020
Port William, OH 45164-2000


Roy J. Carver, III
PO Box 665
Bettendorf, IA 52722


Roy J. Carver, Jr.
418 Woodcrest Lane
Muscatine, IA 52761


Roy J. Carver, Jr.
PO Box 665
Bettendorf, IA 52722

Russell J. Miller
303 Cleveland Street
Muscatine, IA 52761


Ryan & Associates
10955 160th Street
Davenport, IA 52804


Sams Club / Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896


Sears / CitiBank
Attn: Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179


Shaw Electric Inc.
930 E. River Drive
Davenport, IA 52803


Sherwin Williams
3501 5th Avenue
East Moline, IL 61244-9549


SJ Smith
3707 West River Drive
Davenport, IA 52802


Southern Sales Group, LLC
530 Audubon Place
Conway, AR 72034


Spratt Oil Sales
PO Box 753
Muscatine, IA 52761


Sprint
Attn: Bankruptcy
6480 Sprint Parkway
Overland Park, KS 66251

Sprint
PO Box 4181
Carol Stream, IL 60197-4181


State Farm Bank
Attn: Bankrupcty
PO Box 3298
Milwaukee, WI 53201


State Farm Financial Services
1 State Farm Plaza
Bloomington, IL 61710


State Farm Financial Services
PO Box 23025
Columbus, GA 31902


Steealcraft Tool Company
12930 Wayne Road
Livonia, MI 48150


Steffensmeier Welding & Mfg., Inc.
1311 Pilot Grove Road
Pilot Grove, IA 52648


Stylmark
6536 Main Street NE
Minneapolis, MN 55432


Superior USA Benefits
525 Lake Ave. South STE 410
Duluth, MN 55802


Supply Technologies
Dept 781959
PO Box 78000
Detroit, MI 48278


Susan M. (Buster) McDonald
1122 Lincoln Blvd
Muscatine, IA 52761

Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896


Target
Attn: Bankruptcy
PO Box 9475
Minneapolis, MN 55440


Taubensee Steel & Wire Company
97616 Eagle Way
Chicago, IL 60678


TCI Powder
PO Box 535403
Atlanta, GA 30353-5403


Team Staffing Solutions, Inc.
C/O Steven D. Kundel (registered agent)
300 E. 2nd St. STE 300
Muscatine, IA 52761


The Gallery Collection
Prudent Publishing
PO Box 360
Ridgefield Park, NJ 07660


TransAmerica
600 Montgomery Street
San Francisco, CA 94111


Travlers
PO Box 660317
Dallas, TX 75266-0317


Tri-City Electric
6225 N. Brady Street
Davenport, IA 52806


Tube Form Solutions
435 Roske Drive
Elkhart, IN 46516

U.S. Bank
800 Nicollet Mall
Minneapolis, MN 55402


ULINE
PO Box 88741
Chicago, IL 60680


United Fire Group - Claims
PO Box 73909
Cedar Rapids, IA 52407


UnityPoint Healthcare
10604 Justin Drive
Urbandale, IA 50322


UnityPoint Healthcare
Payment Processing Center
PO Box 809284
Chicago, IL 60680


UnityPoint Healthcare
PO Box 1317
Des Moines, IA 50305


Univar USA Inc.
3075 Highland Parkway STE 200
Downers Grove, IL 60515


UPS
Lockbox 577
Carol Stream, IL 60132


Van Meter Industrial, Inc.
850 32nd Avenue SW
Cedar Rapids, IA 52404


Victoria's Secret / Comenity Bank
Attention: Bankruptcy
PO Box 659728
San Antonio, TX 78265


VonMaur
6565 N Brady Street
Davenport, IA 52802

White Distrubtion & Supply
PO Box 19
Fairbury, IL 61739


Wilson Tool International
PO Box 70870
Saint Paul, MN 55170


Windstream
PO Box 1377
Cockeysville, MD 21030


Winegard
300 Kirkwood Street
Burlington, IA 52601


Younkers / Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Younkers / Comenity Bank
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218